1  **Timothy J. Conway**, OSB No. 851752
    Direct Dial: (503) 802-2027
2   Facsimile:  (503) 972-3727
    E-Mail:     tim.conway@tonkon.com
3  **Ava L. Schoen**, OSB No. 044072
    Direct Dial: (503) 802-2143
4   Facsimile:  (503) 972-3843
    E-Mail:     ava.schoen@tonkon.com
5  **TONKON TORP LLP**
   1600 Pioneer Tower
6  888 S.W. Fifth Avenue
   Portland, OR 97204
7
        Attorneys for Debtor
8

9

10              UNITED STATES BANKRUPTCY COURT

11                    DISTRICT OF OREGON

12  In re                                Case No. 19-60138-pcm11

13  B. & J. Property Investments, Inc.,  **CASE MANAGEMENT
                                         CONFERENCE DOCUMENTS**
14              Debtor.

15

16          Pursuant to the Order Scheduling Case Management Conference dated

17  January 28, 2019 [ECF No. 62], attached hereto are the following documents:

18          1.      Debtor's financial projections through December 2019 are attached as

19  **Exhibit 1**.

20          2.      Debtor's historical financial information for 2015, 2016, and 2017 is

21  attached as **Exhibit 2**.  Debtor's financial statement for 2018 is not yet completed.

22          3.      Debtor's income from January 17, 2019 to February 14, 2019 was

23  $21,250, and its total post-petition expenses, excluding bankruptcy-related legal fees, were

24  $6,675.96.

25          4.      Debtor anticipates incurring professional fees for (a) its bankruptcy

26  attorneys, Tonkon Torp LLP ("Tonkon Torp"); (b) its special purpose counsel, Saalfeld

**Page 1 of 2** -  CASE MANAGEMENT CONFERENCE DOCUMENTS

Griggs PC ("Saalfeld Griggs"); and (e) its accountants, Fischer, Hayes, Joye & Allen, LLC ("Fischer Hayes"). These professionals estimate their fees as follows:

1. Tonkon Torp estimates it will incur approximately $15,000 to $30,000 per month in fees and costs through confirmation.

2. Saalfeld Griggs will be compensated on an hourly basis in accordance with Saalfeld Griggs's ordinary and customary hourly rates in effect on the date services are rendered.

3. Fischer Hayes will be compensated on an hourly basis in accordance with Fischer Hayes's ordinary and customary hourly rates in effect on the date services are rendered and are estimated to be less than $10,000 through confirmation.

DATED this 21st day of February, 2019.

TONKON TORP LLP


By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Ava L. Schoen, OSB No. 044072
    Attorneys for Debtor

**Page 2 of 2** -   CASE MANAGEMENT CONFERENCE DOCUMENTS

# EXHIBIT 1

# B&J Property Investments Budget to end of 2019

| | 1/15/2019 - 2/28/2019 | March-19 | April-19 | May-19 | June-19 | July-19 | August-19 | September-19 | October-19 | November-19 | December-19 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lease Income* | $ 50,500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Income from RV/Storage Operations* | $ 41,750.00 | $ 83,500.00 | $ 83,500.00 | $ 83,500.00 | $ 83,500.00 | $ 83,500.00 | $ 83,500.00 | $ 83,500.00 | $ 83,500.00 | $ 83,500.00 | $ 83,500.00 | $ 927,250.00 |
| **Total Income** | **$ 92,250.00** | **$ 83,500.00** | **$ 83,500.00** | **$ 83,500.00** | **$ 83,500.00** | **$ 83,500.00** | **$ 83,500.00** | **$ 83,500.00** | **$ 83,500.00** | **$ 83,500.00** | **$ 83,500.00** | **$ 927,250.00** |
| **Expenses** | | | | | | | | | | | | |
| Payroll/Benefits | $ - | $ 34,500.00 | $ 34,000.00 | $ 34,000.00 | $ 34,500.00 | $ 34,000.00 | $ 34,000.00 | $ 34,500.00 | $ 34,000.00 | $ 34,000.00 | $ 34,500.00 | |
| Adequate Assurance | $ 14,080.16 | $ 14,080.16 | $ 14,080.16 | $ 14,080.16 | $ 14,080.16 | $ 14,080.16 | $ 14,080.16 | $ 14,080.16 | $ 14,080.16 | $ 14,080.16 | $ 14,080.16 | |
| Accounting | $ 150.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | |
| Auto | $ 150.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | |
| Auto Insurance | $ - | $ 300.00 | $ - | $ - | $ 300.00 | $ - | $ - | $ 300.00 | $ - | $ - | $ 300.00 | |
| US Trustee Fees | $ - | $ - | $ 975.00 | $ - | $ - | $ 975.00 | $ - | $ - | $ 975.00 | $ - | $ - | |
| Property Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 64,500.00 | $ - | $ - | |
| Liability Insurance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 19,200.00 | $ - | $ - | |
| Insurance | $ 100.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | |
| Tax Distribution | $ - | $ - | $ 30,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Electricity | $ 14,000.00 | $ 11,500.00 | $ 12,000.00 | $ 9,500.00 | $ 8,000.00 | $ 8,500.00 | $ 9,000.00 | $ 10,000.00 | $ 8,000.00 | $ 8,000.00 | $ 11,000.00 | |
| Electrical Deposit | $ 33,000.00 | | | | | | | | | | | |
| Gas | $ 500.00 | $ 700.00 | $ 400.00 | $ 300.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 300.00 | $ 500.00 | |
| Water/Sewer | $ 1,500.00 | $ 2,700.00 | $ 2,600.00 | $ 2,700.00 | $ 2,800.00 | $ 2,900.00 | $ 3,100.00 | $ 3,000.00 | $ 3,100.00 | $ 2,400.00 | $ 2,800.00 | |
| Cable | $ 1,600.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | |
| Telephone | $ 425.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 | |
| Garbage | $ 1,350.00 | $ 2,700.00 | $ 2,700.00 | $ 2,700.00 | $ 2,700.00 | $ 2,700.00 | $ 2,700.00 | $ 2,700.00 | $ 2,700.00 | $ 2,700.00 | $ 2,700.00 | |
| Office Supplies | $ 250.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | |
| Background Checks/Screens | $ 60.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | |
| Maintenance | $ 450.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | |
| Advertising | $ 1,150.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | |
| RV Park Recreation | $ 75.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | |
| Postage | $ 50.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | |
| Stock for Park Store | $ 100.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | |
| Miscellaneous | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | |
| **Total Expenses** | **$ 69,990.16** | **$ 74,565.16** | **$ 104,840.16** | **$ 71,365.16** | **$ 70,665.16** | **$ 71,440.16** | **$ 71,165.16** | **$ 72,865.16** | **$ 154,840.16** | **$ 69,565.16** | **$ 73,965.16** | **$ 905,266.76** |
| **Net Income** | **$ 22,259.84** | **$ 8,934.84** | **$ (21,340.16)** | **$ 12,134.84** | **$ 12,834.84** | **$ 12,059.84** | **$ 12,334.84** | **$ 10,634.84** | **$ (71,340.16)** | **$ 13,934.84** | **$ 9,534.84** | **$ 21,983.24** |

* Based on estimated effective date of lease rejection.

Case 19-60138 Doc 165 Filed 02/27/19

EXHIBIT 1
PAGE 1 OF 1

# EXHIBIT 2

**B. & J. PROPERTY INVESTMENTS, INC.**
FINANCIAL STATEMENTS
AND SUPPLEMENTARY INFORMATION
AS OF AND FOR THE YEAR ENDED
DECEMBER 31, 2015
TOGETHER WITH INDEPENDENT ACCOUNTANT'S
COMPILATION REPORT

# TABLE OF CONTENTS

Page

Independent Accountant's Compilation Report ............................................................................ 1

Statement of Assets, Liabilities, and Stockholders' Equity – Tax Basis........................................ 2

Statement of Revenues, Expenses, and Retained Earnings – Tax Basis ....................................... 3

Supplementary Information:

Schedule of Operating Expenses – Tax Basis .............................................................................. 4

# FISCHER, HAYES, JOYE & ALLEN, LLC

**Certified Public Accountants**  (CPA) *The CPA. Never Underestimate the Value™*

## INDEPENDENT ACCOUNTANT'S COMPILATION REPORT

To the Stockholders of
B. & J. Property Investments, Inc.
Salem, Oregon

Management is responsible for the accompanying financial statements of B. & J. Property Investments, Inc., (an S corporation), which comprise the statement assets, liabilities, and stockholders' equity – tax basis as of December 31, 2015, and the related statement of revenues, expenses, and retained earnings – tax basis for the year then ended, and for determining that the tax basis of accounting is an acceptable financial reporting framework. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Service Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

The financial statements are prepared in accordance with the tax basis of accounting, which is a basis of accounting other than accounting principles generally accepted in the United States of America.

Management has elected to omit substantially all of the disclosures ordinarily included in financial statements prepared in accordance with the tax basis of accounting. If the omitted disclosures were included in the financial statements, they might influence the user's conclusions about the Company's assets, liabilities, equity, revenues, and expenses. Accordingly, the financial statements are not designed for those who are not informed about such matters.

3295 Triangle Drive S.E., Suite 200 ◆ Salem, Oregon 97302
Voice 503-378-0220 ◆ Fax 503-364-1259
www.fhjacpas.com

Case 19-60138-pcm11   Doc 115   Filed 02/21/19

**EXHIBIT 2**
**Page 3 of 24**

**Supplementary Information**

The supplementary information contained in the schedule of operating expenses – tax basis is presented for purposes of additional analysis and is not a required part of the basic financial statements. This information is the representation of management. The information was subject to our compilation engagement, however, we have not audited or reviewed the supplementary information and, accordingly, do not express an opinion, a conclusion, nor provide any assurance on such supplementary information.

*Fischer, Hayes, Joye & Allen, LLC*

Fischer, Hayes, Joye & Allen, LLC
Salem, Oregon

February 12, 2016

# B. & J. PROPERTY INVESTMENTS, INC.
## STATEMENT OF ASSETS, LIABILITIES AND STOCKHOLDERS' EQUITY - TAX BASIS
## AS OF DECEMBER 31, 2015

### ASSETS

**Current assets:**

| | | |
|---|---|---:|
| Cash | $ | 251,064 |

**Property and equipment**

| | |
|---|---:|
| Rental property | 2,291,745 |
| Residential lots | 290,342 |
| Machinery and equipment | 127,269 |
| Less accumulated depreciation | (1,820,509) |
| | 888,847 |

**Other assets:**

| | |
|---|---:|
| Loan fees, net of accumulated amortization of $1,092 | 31,675 |
| Due from - Stockholders | 224,515 |
| Due from - Bliven | 1,257 |
| Note receivable - William Lloyd Developments, Inc. | 250,000 |
| Note receivable - William Lloyd Developments, Inc. | 1,487,822 |
| | 1,995,269 |

| | | |
|---|---|---:|
| Total assets | $ | 3,135,180 |

### LIABILITIES AND STOCKHOLDERS' EQUITY

**Current Liabilities:**

| | | |
|---|---|---:|
| Due to William Lloyd Developments, Inc. | $ | 350,164 |
| Current portion of long-term debt | | 50,140 |
| | | 400,304 |

| | |
|---|---:|
| **Long-term debt, less current portion** | 2,360,599 |

**Other liabilities**

| | |
|---|---:|
| Deferred gain | 258,589 |
| Total liabilities | 3,019,492 |

**Stockholders' equity**

| | |
|---|---:|
| Common stock | 5,000 |
| Retained earnings | 110,688 |
| Total stockholders' equity | 115,688 |

| | | |
|---|---|---:|
| Total liabilities and stockholders' equity | $ | 3,135,180 |

See Independent Accountant's Compilation Report

Page 2

## B. & J. PROPERTY INVESTMENTS, INC.
## STATEMENT OF REVENUES, EXPENSES AND RETAINED EARNINGS - TAX BASIS
## FOR THE YEAR ENDED DECEMBER 31, 2015

|  |  | %<br>of Sales |
|---|---:|---:|
| Rental revenues | $ 489,172 | 100.0% |
| Operating expenses | 134,706 | 27.5% |
| Income from operations | 354,466 | 72.5% |
| Other income (expense): |  |  |
| Interest income | 108 | 0.0% |
| Interest expense | (134,996) | -27.6% |
| Total other income (expense) | (134,888) | -27.6% |
| Net income | 219,578 | 44.9% |
| Retained earnings, beginning | 45,460 |  |
| Stockholder distributions | (154,350) |  |
| Retained earnings, ending | $ 110,688 |  |

**Supplementary Information**

**B. & J. PROPERTY INVESTMENTS, INC.**
**SCHEDULE OF OPERATING EXPENSES - TAX BASIS**
**FOR THE YEAR ENDED DECEMBER 31, 2015**

| | | | %<br>of Sales |
|---|---|---:|---:|
| Operating expenses: | | | |
| Amortization | $ | 13,906 | 2.8% |
| Auto | | 800 | 0.2% |
| Bad debt | | 350 | 0.1% |
| Bank charges | | 9,000 | 1.8% |
| Depreciation | | 38,319 | 7.9% |
| Insurance | | 14,979 | 3.1% |
| Licenses and permits | | 100 | 0.0% |
| Miscellanous | | 25 | 0.0% |
| Professional fees | | 6,118 | 1.3% |
| Property taxes | | 50,959 | 10.4% |
| Taxes - other | | 150 | 0.0% |
| Total operating expenses | $ | 134,706 | 27.5% |

**B. & J. PROPERTY INVESTMENTS, INC.**
FINANCIAL STATEMENTS
AND SUPPLEMENTARY INFORMATION
AS OF AND FOR THE YEAR ENDED
DECEMBER 31, 2016
TOGETHER WITH INDEPENDENT ACCOUNTANT'S
COMPILATION REPORT

## TABLE OF CONTENTS

Page

Independent Accountant's Compilation Report ........................................................................ 1

Statement of Assets, Liabilities, and Stockholders' Deficit – Tax Basis ...................................... 3

Statement of Revenues, Expenses, and Retained Earnings (Deficit) – Tax Basis ........................ 4

Supplementary Information:

Schedule of Operating Expenses – Tax Basis ........................................................................ 5





# FISCHER, HAYES, JOYE & ALLEN, LLC

**Certified Public Accountants**  ⓒⱣＡ *The CPA. Never Underestimate the Value*™

## INDEPENDENT ACCOUNTANT'S COMPILATION REPORT

To the Stockholders of
B. & J. Property Investments, Inc.
Salem, Oregon

Management is responsible for the accompanying financial statements of B. & J. Property Investments, Inc., (an S corporation), which comprise the statement assets, liabilities, and stockholders' deficit – tax basis as of December 31, 2016, and the related statement of revenues, expenses, and retained earnings (deficit) – tax basis for the year then ended in accordance with the tax basis of accounting, and for determining that the tax basis of accounting is an acceptable financial reporting framework. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Service Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

The financial statements are prepared in accordance with the tax basis of accounting, which is a basis of accounting other than accounting principles generally accepted in the United States of America.

Management has elected to omit substantially all of the disclosures ordinarily included in financial statements prepared in accordance with the tax basis of accounting. If the omitted disclosures were included in the financial statements, they might influence the user's conclusions about the Company's assets, liabilities, equity, revenues, and expenses. Accordingly, the financial statements are not designed for those who are not informed about such matters.

3295 Triangle Drive S.E., Suite 200 ◆ Salem, Oregon 97302
Voice 503-378-0220 ◆ Fax 503-364-1259
www.fhjacpas.com



## Supplementary Information

The supplementary information contained in the schedule of operating expenses – tax basis is presented for purposes of additional analysis and is not a required part of the basic financial statements. This information is the representation of management. The information was subject to our compilation engagement, however, we have not audited or reviewed the supplementary information and, accordingly, do not express an opinion, a conclusion, nor provide any assurance on such supplementary information.

*Fischer, Hayes, Joye & Allen, LLC*

Fischer, Hayes, Joye & Allen, LLC
Salem, Oregon

March 6, 2017

FISCHER, HAYES, JOYE & ALLEN, LLC
Certified Public Accountants     CPA The CPA. Never Underestimate the Value™

**B. & J. PROPERTY INVESTMENTS, INC.**
**STATEMENT OF ASSETS, LIABILITIES AND STOCKHOLDERS' DEFICIT - TAX BASIS**
**AS OF DECEMBER 31, 2016**

## ASSETS

| | |
|---|---:|
| **Current assets:** | |
| Cash | $ 290,218 |
| | |
| **Property and equipment** | |
| Rental property | 2,291,745 |
| Machinery and equipment | 194,237 |
| Less accumulated depreciation | (1,905,861) |
| | 580,121 |
| | |
| **Other assets:** | |
| Loan fees, net of accumulated amortization of $4,369 | 28,398 |
| Due from - Stockholders | 227,177 |
| Due from - Bliven | 937 |
| Note receivable - William Lloyd Developments, Inc. | 250,000 |
| Note receivable - William Lloyd Developments, Inc. | 1,487,822 |
| | 1,994,334 |
| | |
| Total assets | $ 2,864,673 |

## LIABILITIES AND STOCKHOLDERS' DEFICIT

| | |
|---|---:|
| **Current Liabilities:** | |
| Due to William Lloyd Developments, Inc. | $ 350,164 |
| Current portion of long-term debt | 52,709 |
| | 402,873 |
| | |
| Long-term debt, less current portion | 2,308,020 |
| | |
| **Other liabilities** | |
| Deferred gain | 258,590 |
| | |
| Total liabilities | 2,969,483 |
| | |
| **Stockholders' deficit** | |
| Common stock | 5,000 |
| Retained deficit | (109,810) |
| | |
| Total stockholders' deficit | (104,810) |
| | |
| Total liabilities and stockholders' deficit | $ 2,864,673 |

*With Ben 4/5/17*

See Independent Accountant's Compilation Report

Page 3

# B. & J. PROPERTY INVESTMENTS, INC.
## STATEMENT OF REVENUES, EXPENSES AND RETAINED EARNINGS (DEFICIT) - TAX BASIS
### FOR THE YEAR ENDED DECEMBER 31, 2016

|  |  | %<br>of Sales |
|---|---:|---:|
| Rental revenues | $ 480,030 | 100.0% |
| Operating expenses | 314,790 | 65.6% |
| Income from operations | 165,240 | 34.4% |
|  |  | 0.001 |
| Other income (expense): |  |  |
| Gain on sale of lot 11 | 33,956 | 7.1% |
| Interest income | 2,708 | 0.6% |
| Interest expense | (121,052) | -25.2% |
| Total other income (expense) | (84,388) | 17.5% |
| Net income | 80,852 | 16.9% |
| Retained earnings, beginning | 110,688 |  |
| Stockholder distributions | (301,350) |  |
| Retained deficit, ending | $ (109,810) |  |

See Independent Accountant's Compilation Report

Page 4

Supplementary Information

|  |  | %<br>of Sales |
|---|---:|---:|
| Operating expenses: |  |  |
| Amortization | $ 3,277 | 0.7% |
| Auto | 599 | 0.1% |
| Depreciation | 85,352 | 17.9% |
| Insurance | 14,637 | 3.0% |
| Licenses and permits | 75 | 0.0% |
| Office supplies | 100 | 0.0% |
| Professional fees | 159,077 | 33.2% |
| Property taxes | 51,523 | 10.7% |
| Taxes - other | 150 | 0.0% |
| Total operating expenses | $ 314,790 | 65.6% |

*W&B*

Page 5

**B. & J. PROPERTY INVESTMENTS, INC.**
FINANCIAL STATEMENTS
AND SUPPLEMENTARY INFORMATION
AS OF AND FOR THE YEAR ENDED
DECEMBER 31, 2017
TOGETHER WITH INDEPENDENT ACCOUNTANT'S
COMPILATION REPORT

# TABLE OF CONTENTS

Page

Independent Accountant's Compilation Report ........................................................................ 1

Statement of Assets, Liabilities, and Stockholders' Deficit – Tax Basis ..................................... 3

Statement of Revenues, Expenses, and Retained Earnings (Deficit) – Tax Basis ........................ 4

Supplementary Information:

Schedule of Operating Expenses – Tax Basis ......................................................................... 5

# FISCHER, HAYES, JOYE & ALLEN, LLC

**Certified Public Accountants** CPA *The CPA. Never Underestimate the Value*™

## INDEPENDENT ACCOUNTANT'S COMPILATION REPORT

To the Stockholders of
B. & J. Property Investments, Inc.
Salem, Oregon

Management is responsible for the accompanying financial statements of B. & J. Property Investments, Inc., (an S corporation), which comprise the statement assets, liabilities, and stockholders' deficit – tax basis as of December 31, 2017, and the related statement of revenues, expenses, and retained earnings (deficit) – tax basis for the year then ended in accordance with the tax basis of accounting, and for determining that the tax basis of accounting is an acceptable financial reporting framework. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Service Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

The financial statements are prepared in accordance with the tax basis of accounting, which is a basis of accounting other than accounting principles generally accepted in the United States of America.

Management has elected to omit substantially all of the disclosures ordinarily included in financial statements prepared in accordance with the tax basis of accounting. If the omitted disclosures were included in the financial statements, they might influence the user's conclusions about the Company's assets, liabilities, equity, revenues, and expenses. Accordingly, the financial statements are not designed for those who are not informed about such matters.

3295 Triangle Drive S.E., Suite 200 ♦ Salem, Oregon 97302
Voice 503-378-0220 ♦ Fax 503-364-1259
www.fhjacpas.com

Case 19-60138-pcm11    Doc 115    Filed 02/21/19

**EXHIBIT 2**
**Page 19 of 24**

**Supplementary Information**

The supplementary information contained in the schedule of operating expenses – tax basis is presented for purposes of additional analysis and is not a required part of the basic financial statements. This information is the representation of management. The information was subject to our compilation engagement, however, we have not audited or reviewed the supplementary information and, accordingly, do not express an opinion, a conclusion, nor provide any assurance on such supplementary information.

*Fischer, Hayes, Joye & Allen, LLC*

Fischer, Hayes, Joye & Allen, LLC
Salem, Oregon

May 24, 2018

**FISCHER, HAYES, JOYE & ALLEN, LLC**
*Certified Public Accountants*      (CPA) *The CPA. Never Underestimate the Value™*

### ASSETS

**Current assets:**

| | |
|---|---:|
| Cash | $ 207,923 |

**Property and equipment**

| | |
|---|---:|
| Rental property | 2,291,745 |
| Machinery and equipment | 194,237 |
| Less: accumulated depreciation | (1,952,154) |
| | 533,828 |

**Other assets:**

| | |
|---|---:|
| Loan fees, net of accumulated amortization of $7,646 | 25,121 |
| Due from  - Stockholders | 91,536 |
| Due from  - Bliven | 937 |
| Notes receivable (3) - William Lloyd Developments, Inc. | 1,837,822 |
| | 1,955,416 |
| Total assets | $ 2,697,167 |

### LIABILITIES AND STOCKHOLDERS' DEFICIT

**Current Liabilities:**

| | |
|---|---:|
| Due to William Lloyd Developments, Inc. | $ 350,164 |
| Current portion of long-term debt | 55,424 |
| | 405,588 |
| **Long-term debt, less current portion** | 2,252,450 |

**Other liabilities**

| | |
|---|---:|
| Deferred gain | 258,590 |
| Total liabilities | 2,916,628 |

**Stockholders' deficit**

| | |
|---|---:|
| Common stock | 5,000 |
| Retained deficit | (224,461) |
| Total stockholders' deficit | (219,461) |
| Total liabilities and stockholders' deficit | $ 2,697,167 |

**B. & J. PROPERTY INVESTMENTS, INC.**
**STATEMENT OF REVENUES, EXPENSES AND RETAINED EARNINGS (DEFICIT) -**
**TAX BASIS**
**FOR THE YEAR ENDED DECEMBER 31, 2017**

|  |  | %<br>of Sales |
|---|---:|---:|
| Rental revenues | $ 454,155 | 100.0% |
| Operating expenses | 205,118 | 45.2% |
| Income from operations | 249,037 | 54.8% |
| Other income (expense): |  |  |
| Interest income | 11,359 | 2.5% |
| Interest expense | (118,207) | -26.0% |
| Total other income (expense) | (106,848) | -23.5% |
| Net income | 142,189 | 31.3% |
| Retained earnings, beginning | (109,810) |  |
| Stockholder distributions | (256,840) |  |
| Retained deficit, ending | $ (224,461) |  |

**Supplementary Information**

**EXHIBIT 2**
**Page 23 of 24**

## B. & J. PROPERTY INVESTMENTS, INC.
## SCHEDULE OF OPERATING EXPENSES - TAX BASIS
## FOR THE YEAR ENDED DECEMBER 31, 2017

|  |  | % of Sales |
|---|---:|---:|
| Operating expenses: |  |  |
| Amortization | $ 3,277 | 0.7% |
| Auto | 339 | 0.1% |
| Depreciation | 46,293 | 10.2% |
| Insurance | 17,227 | 3.8% |
| Miscellaneous | 274 | 0.1% |
| Office supplies | 1,119 | 0.3% |
| Professional fees | 82,282 | 18.1% |
| Property taxes | 54,157 | 11.9% |
| Taxes - other | 150 | 0.0% |
| Total operating expenses | $ 205,118 | 45.2% |

See Independent Accountant's Compilation Report

# CERTIFICATE OF SERVICE

2

I hereby certify that the foregoing **CASE MANAGEMENT CONFERENCE DOCUMENTS** was served on the parties indicated as "ECF" on the attached List of

3

Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

4

5

In addition, the parties indicated as "Non-ECF" on the attached List of Interested Parties were served by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the

6

U.S. mail at Portland, Oregon on the date set forth below.

7

DATED this 21st day of February, 2019.

8

TONKON TORP LLP

9

10

By /s/ Timothy J. Conway
Timothy J. Conway, OSB No. 851752

11

Ava L. Schoen, OSB No. 044072
Attorneys for Debtor

12

038533/00002/9749380v1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 1 of 1 -** CERTIFICATE OF SERVICE

Case 19-60138-pcm11    Doc 115    Filed 02/21/19

***In re B. & J. Property Investments, Inc.***
**U.S. Bankruptcy Court Case No. 19-60138-pcm11**

**ECF PARTICIPANTS**

TIMOTHY J CONWAY on behalf of Debtor B. & J. Property Investments, Inc.
tim.conway@tonkon.com, candace.duncan@tonkon.com;spencer.fisher@tonkon.com

NICHOLAS J HENDERSON on behalf of Interested Party William Berman
nhenderson@portlaw.com, tsexton@portlaw.com;mperry@portlaw.com

SHANNON R MARTINEZ on behalf of Creditor Saalfeld Griggs PC
smartinez@sglaw.com, scurtis@sglaw.com

TERESA H PEARSON on behalf of Creditor Columbia Credit Union
teresa.pearson@millernash.com, MNGD-2823@millernash.com

AVA L SCHOEN on behalf of Debtor B. & J. Property Investments, Inc.
ava.schoen@tonkon.com, leslie.hurd@tonkon.com

TOBIAS TINGLEAF on behalf of Interested Party Better Business Management, Inc.
toby@shermlaw.com, darlene@shermlaw.com

US Trustee, Eugene
USTPRegion18.EG.ECF@usdoj.gov

**NON-ECF PARTICIPANTS**

**TOP 20 UNSECURED CREDITORS**

Class Action Plaintiffs
c/o Brady Mertz
Brady Mertz PC
345 Lincoln St.
Salem, OR 97302

Portland General Electric
POB 4438
Portland, OR 97208

Judson's Plumbing
POB12669
Salem, OR 97330

City of Salem
555 Liberty St. SE, Room 230
Salem, OR 97301

Comcast Business
POB 34744
Seattle, WA 98124-1744

Pacific Source
POB 7068
Springfield, OR 97475-0068

Pacific Sanitation
POB 17669
Salem, OR 97305

US Bank
POB 6352
Fargo, ND 58125-6352

Miller Paint
390 Lancaster Dr. NE
Salem, OR 97301

HotSuff Spas & Pool
1840 Lancaster Dr. NE
Salem, OR 97305

NW Natural Gas
POB 6017
Portland, OR 97228-6017

Chateau Locks
1820 47th Terrace East
Bradenton, FL 34203-3773

American Funds
POB 6007
Indianapolis, IN 46206-6007

Century Link
Bankruptcy Dept.
600 New Century Parkway
New Century, KS 66031

Walter Nelson Company
1270 Commercial St. NE
Salem, OR 97301

Statesman Journal
340 Vista Ave. SE
Salem, OR 97302

Pacific Screening
POB 25582
Portland, OR 97298

DEX Media
Dex Media Attn: Client Care
1615 Bluff City Highway
Bristol, TN 37620

AllAmerican Insurance
POB 758554
Topeka, KS 66675-8554

US Bank
POB 6352
Fargo, ND  58125-635