# MONTHLY OPERATING REPORT FOR
## CORPORATE OR PARTNERSHIP DEBTOR
### (Including LLCs and LLPs)

Case No.  19-60138-pcm11

Debtor  B. & J. Property Investments, Inc.

Report Month/Year  February 2019

---

**Instructions**: The debtor's monthly financial report shall include this cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-1(b) and 2015-2, or the U.S. Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor submits the following with this monthly financial report:

| | | Completed | Not Applicable |
|---|---|:---:|:---:|
| **UST-11** | **Comparative Income Statement** or debtor's income statement (must include all line items specified on UST-11). | X | |
| **UST-12** | **Comparative Balance Sheet** or debtor's balance sheet (must include all line items specified on UST-12. The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | X | |
| **UST-13** | **Comparative Cash Flow Statement** or debtor's cash flow statement (must include all line items specified on UST-13). Complete this statement if the debtor is reporting based on the accrual basis of accounting. This is the required method, unless other arrangements have been made with the U.S. Trustee. | X | |
| **UST-14** | **Summary of Disbursements** | X | |
| **UST-14A** | **Statement of Cash Receipts and Disbursements** Complete one or more to include all bank accounts or other sources of debtor funds. Attach copies of monthly bank statements and all supporting documents described in the instructions. | X | |
| **UST-14B** | **Additional Disbursement Information** | X | |
| **UST-15** | **Statement of Aged Receivables** Provide a detailed accounting of aged receivables on, or as an attachment to, UST-15. | X | |
| **UST-16** | **Statement of Aged Post-Petition Payables** Provide a detailed accounting of aged post-petition payables on, or as an attachment to, UST-16. | X | |
| **UST-17** | **Statement of Operations** When applicable, UST-17 shall include copies of supporting documents such as an escrow statement for the sale of real property, an auctioneer's report for property sold at auction, or a certificate of insurance or copy of debtor's bond for any change in insurance or bond coverage. | X | |

---

### DEBTOR'S CERTIFICATION

I certify under penalty of perjury that (1) I have personally prepared this financial report or directly supervised its preparation, and (2) the information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

BY:  /s/ William Berman

TITLE:  President

DATE:  3/21/2019

The debtor, or trustee, if appointed, must sign the monthly financial report. Only an authorized officer may sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor. Debtor's counsel may not sign a financial report for the debtor.

Case 19-60138-pcm11    Doc 152    Filed 03/21/19

Case Number: 19-60138-pcm11
Report Mo/Yr: February 2019

Debtor: B. & J. Property Investments, Inc.

## UST-11, COMPARATIVE INCOME STATEMENT

**INSTRUCTIONS:** The initial report should include only business activity commencing from the petition date through the end of the month.

| For the Month of: | MO/YR Jan. 17-31 2019 | MO/YR Feb. 2019 | MO/YR | Cumulative To Date |
|---|---|---|---|---|
| Revenue | $ 21,250.00 | $ 41,087.14 | | 62,337 |
| Less: Returns and Allowances | $ - | | | - |
| NET REVENUE | $ 21,250.00 | $ 41,087.14 | $ - | 62,337 |
| | | | | |
| Cost of Goods sold: | | | | |
| Beginning Inventory | $ - | $ - | | - |
| Add: Purchases | $ - | $ - | | - |
| Less: Ending Inventory | $ - | $ - | | - |
| Cost of Goods Sold | $ - | $ - | $ - | - |
| | | | | |
| Additional Costs of Good Sold: | | | | |
| Direct Labor | $ - | $ - | | - |
| Freight In | $ - | $ - | | - |
| TOTAL COST OF GOOD SOLD | $ - | $ - | $ - | - |
| | | | | |
| Other Operating Expenses: | | | | |
| Officers' Salaries (Gross) | $ - | $ 4,190.38 | | 4,190 |
| Other Salaries (Gross) | $ - | $ - | | - |
| Depreciation and Amortization | $ - | $ - | | - |
| Employee Benefits | $ - | $ 2,304.62 | | 2,305 |
| Payroll Taxes (Employer's portion) | $ - | $ - | | - |
| Insurance | $ - | $ - | | - |
| Rent | $ - | $ - | | - |
| General and Administrative | $ 89.96 | $ 15,408.39 | | 15,498 |
| TOTAL OPERATING EXPENSES | $ 89.96 | $ 21,903.39 | $ - | 21,993 |
| NET OPERATING INCOME (LOSS) | $ 21,160.04 | $ 19,183.75 | $ - | 40,344 |
| | | | | |
| Add: Other Income | $ - | $ - | | - |
| | | | | |
| Less: Interest Expense | $ - | $ - | | - |
| | | | | |
| Less: Non-recurring items | | | | |
| Professional Fees | $ - | $ - | | - |
| UST Fees | $ - | $ - | | - |
| Other (specify) | $ - | $ - | | - |
| TOTAL NON-RECURRING ITEMS | $ - | $ - | $ - | - |
| | | | | |
| GAIN (LOSS) ON DISPOSAL OF ASSETS | | | | - |
| | | | | |
| NET INCOME (LOSS) BEFORE INCOME TAX | $ 21,160.04 | $ 19,183.75 | $ - | 40,344 |
| Income Taxes | | | | - |
| NET INCOME (LOSS) | $ 21,160.04 | $ 19,183.75 | $ - | 40,344 |

Monthly Operating Report -Corporate or Partnership Debtor

United States Trustee-Oregon

(Revised 3/4/11)

Case 19-60138-pcm11    Doc 152    Filed 03/21/19

| | |
|---|---|
| Case Number: | 19-60138-pcm11 |
| Report Mo/Yr: | February 2019 |

**Debtor:** B. & J. Property Investments, Inc.

## UST-12, COMPARATIVE BALANCE SHEET

| ASSETS                          As of month ending: | MO/YR Jan. 17-31 2019 | MO/YR Feb. 2019 | MO/YR | PER SCHEDULES (i.e. Petition Date) |
|---|---|---|---|---|
| Current Assets | | | | |
|     Cash-Restricted | - | | | - |
|     Cash-Unrestricted | 114,119 | 133,303 | | 114,209 |
|     TOTAL CASH | 114,119 | 133,303 | - | 114,209 |
| | | | | |
|     Accounts Receivable | - | - | | - |
|     Less: Allowance for Doubtful Accounts | - | - | | - |
|     NET ACCOUNTS RECEIVABLE | - | - | - | - |
| | | | | |
|     Notes Receivable | - | - | | - |
|     Insider Receivables | 1,898,322 | 1,898,322 | | 1,898,322 |
|     Less: Allowance for Doubtful Accounts | (937,322) | (937,322) | | (937,322) |
|     NET INSIDER RECEIVABLE | 961,000 | 961,000 | - | 961,000 |
|     Inventory  (see note below) | - | - | | - |
|     Prepaid Expenses | 6,000 | 6,000 | | 6,000 |
|     Other (attach list) | - | - | | |
|   TOTAL CURRENT ASSETS | 1,081,119 | 1,100,303 | - | 1,081,209 |
| Fixed Assets | | | | |
|     Real Property/Buildings | 5,000,000 | 5,000,000 | | 5,000,000 |
|     Equipment | 43,000 | 43,000 | | 43,000 |
|     Accumulated Depreciation | - | | | - |
|   NET FIXED ASSETS | 5,043,000 | 5,043,000 | - | 5,043,000 |
| | | | | |
|   Other Assets (attach list) | | | | |
| TOTAL ASSETS | 6,124,119 | 6,143,303 | - | 6,124,209 |
| | | | | |
| **LIABILITIES** | | | | |
| Post-Petition Liabilities | | | | |
|     Trade Accounts Payable | - | - | | |
|     Taxes Payable | - | - | | |
|     Accrued Professional Fees | | | | |
|     Notes Payable | - | - | | |
|     Rents and Lease payables | - | - | | |
|     Accrued Interest | - | - | | |
|     Other (specify) | - | - | | |
|   TOTAL POST-PETITION LIABILITIES | - | - | - | |
| Pre-Petition Liabilities | | | | |
|     Secured Debt | 2,231,445 | 2,231,445 | | 2,231,445 |
|     Priority Debt | 150 | 150 | | 150 |
|     Unsecured Debt | 5,564,768 | 5,564,768 | | 5,564,768 |
|     Other (attach list) | - | - | | |
|   TOTAL PRE-PETITION LIABILITIES | 7,796,363 | 7,796,363 | - | 7,796,363 |
| | | | | |
| TOTAL LIABILITIES | 7,796,363 | 7,796,363 | - | 7,796,363 |

Method of inventory valuation (Cost, Lower of Cost or Market, FIFO, LIFO, Other) : _____

Case Number: 19-60138-pcm11
Report Mo/Yr: February 2019

**Debtor:** B. & J. Property Investments, Inc.

## UST-12, COMPARATIVE BALANCE SHEET

| EQUITY As of month ending: | MO/YR Jan. 17-31 2019 | MO/YR Feb. 2019 | MO/YR | PER SCHEDULES (i.e. Petition Date) |
|---|---|---|---|---|
| Owners' Equity (or Deficit) | | | | |
| | | | | |
| Prepetition Owners' Equity | | | | |
| Post-petition Cumulative Profit or (Loss) | (1,672,244) | - | | |
| Direct Charges to Equity (**Explain**) | | | | |
| | | | | |
| TOTAL OWNERS' EQUITY (DEFICIT) | (1,672,244) | - | - | - |
| | | | | |
| | | | | |
| TOTAL LIABILITIES AND OWNERS' EQUITY(DEFICIT) | 6,124,119 | 7,796,363 | - | 7,796,363 |

FOOTNOTES TO BALANCE SHEET:

| | | |
|---|---|---|
| Case Number: | 19-60138-pcm11 |
| Report Mo/Yr: | Jan. 17-31, 2019 |

**Debtor:** B. & J. Property Investments, Inc.

| UST-13, COMPARATIVE CASH FLOW STATEMENT | | | | |
|---|---|---|---|---|
| As of month ending: | MO/YR Jan. 17-31 2019 | MO/YR Feb. 2019 | MO/YR | Cumulative Filing to Date |
| NET INCOME (LOSS) | 21,160 | 19,184 | | |
| | | | | |
| ADJUSTMENTS TO RECONCILE NET INCOME | | | | |
| TO NET CASH: | | | | |
| | | | | |
| Depreciation and Amortization | - | - | | |
| (Gain) Loss on Sale of Assets | - | - | | |
| (Increase) Decrease in Prepaids | - | - | | |
| (Increase) Decrease in Receivables | (21,160) | - | | |
| (Increase) Decrease in Inventory | - | - | | |
| | | | | |
| Increase (Decrease) in Payables | - | - | | |
| Increase (Decrease) in Taxes Payable | - | - | | |
| Increase (Decrease) in Professional Fees | - | - | | |
| Increase (Decrease) in Rents/Leases Pay | - | - | | |
| Increase (Decrease) in Accrued Interest | - | - | | |
| | | | | |
| | | | | |
| | | | | |
| NET CASH PROVIDED BY OPERATIONS | 0 | 19,184 | | |
| | | | | |
| CASH FLOWS FROM INVESTING/FINANCING: | | | | |
| | | | | |
| Purchase of Fixed Assets | - | - | | |
| Proceeds from Sale of Fixed Assets | - | - | | |
| Capital Contributions | - | - | | |
| Loan Proceeds | - | - | | |
| | | | | |
| Loan Principal and Capital Lease Payments | - | - | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| NET INCREASE (DECREASE) IN CASH | 0 | 19,184 | | |
| | | | | |
| BEGINNING CASH | 114,110 | 114,119 | | |
| | | | | |
| ENDING CASH | 114,119 | 133,303 | | |

| | |
|---|---|
| Case Number: | 19-60138-pcm11 |
| Report Mo/Yr: | February 2019 |

**Debtor:** B. & J. Property Investments, Inc.

## UST-14, SUMMARY OF DISBURSEMENTS

**INSTRUCTIONS:** BEFORE COMPLETING THIS PAGE, prepare UST-14A (see next page) to include all bank accounts or other sources of the debtor's funds. The disbursement total will be used to complete this SUMMARY OF DISBURSEMENTS.

The debtor is responsible for providing accurate monthly disbursement totals for purposes of calculating its obligation pursuant to 28 U.S.C. § 1930(a)(6) to pay statutory fees to the U.S. Trustee. The disbursement total encompasses all payments made by the debtor during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

The U.S. Trustee payment is due on the last day of the month following the end of each calendar quarter, or on **April 30, July 31, October 31, and January 31,** respectively. Because the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on actual disbursements for the calendar quarter, or portion thereof while the debtor is in Chapter 11 (i.e. until the case is converted, dismissed, or closed by final decree). Failure to pay statutory fees to the U.S. Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found in the Chapter 11 Guidelines on the U.S. Trustee's website located at:

> http://www.justice.gov/ust/r18/portland/chapter11.htm
> http://www.justice.gov/ust/r18/eugene/chapter11.htm

If you have any questions about how to compute the disbursement total, please call the U.S. Trustee's office:

Portland, OR    (503) 326-4000
Eugene, OR    (541) 465-6330

(UST-14A, with attachments, should follow this page.)

## COMPUTATION OF MONTHLY DISBURSEMENT TOTAL

| | | |
|---|---|---|
| Total disbursements from UST-14A | $ | 21,939.39 |
| Cash payments not included in total above (if any) | $ | - |
| Disbursements made by third parties for the debtor (if any, explain) | $ | - |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES | $ | 21,939.39 |

|  | Yes | No |
|---|---|---|
| At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the U.S. Trustee? | | X |

(If yes, list each quarter that is delinquent and the amount due along with an explanation)

| Quarter | Explanation | Amount |
|---|---|---|
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| **Debtor:** | Case Number: | 19-60138-pcm11 |
| B. & J. Property Investments, Inc. | Report Mo/Yr: | February 2019 |

## UST-14A - STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Include all bank accounts or other source of the debtor's funds and attach supporting documents as indicated on the checklist below. Use additional sheets as necessary.

| Depository (Bank) Name<br>Account Number<br>Type of Account | US Bank<br>-8627<br>DIP Checking<br>Operations | US Bank<br>-8635<br>DIP Checking<br>Corporate | US Bank<br>-7685<br>DIP Checking<br>Security<br>Deposits | US Bank<br>-7693<br>DIP Checking<br>Store Acct | TOTALS |
|---|---|---|---|---|---|
| **Beginning Cash Balance** | 77.51 | 113,886.77 | 77.51 | 77.51 | 114,119.30 |
| **Add:** | | | | | |
| Transfers in | 6,600.00 | 35,750.00 | - | 3,250.16 | 45,600.16 |
| Receipts deposited | 5,126.98 | - | - | - | 5,126.98 |
| Other (identify source) | - | - | - | 36.00 | 36.00 |
| Total Cash Receipts | 11,726.98 | 35,750.00 | - | 3,286.16 | 50,763.14 |
| | | | | | |
| **Subtract:** | | | | | |
| Transfers out | (40.00) | (9,600.00) | - | - | (9,640.00) |
| Disbursements by check or debit | (6,502.00) | (14,317.66) | - | (1,083.73) | (21,903.39) |
| Cash withdrawn | - | - | - | - | - |
| Other (identify source) | - | - | - | (36.00) | (36.00) |
| Total Cash Disbursements | $ (6,502.00) | $ (14,317.66) | $ - | $ (1,119.73) | (21,939.39) |
| | | | | | |
| **Ending Cash Balance** | 5,262.49 | 125,719.11 | 77.51 | 2,243.94 | 133,303.05 |

Does each account identified above include the following supporting documents, as required: Indicate **YES, NO or NOT APPLICABLE** in the boxes below.

| | | | | |
|---|---|---|---|---|
| Monthly bank statement copy<br>**(do not include bank statement copies with the report filed with the Bankruptcy Court)** | YES | YES | YES | YES |
| Bank reconciliation (including outstanding checks and deposits in transit) | NO | NO | NO | NO |
| A detailed list of receipts for the account (deposit log or receipts journal) | NO | NO | NO | NO |
| A detailed list of disbursements for the account (check register or disbursement journal) | NO | NO | NO | NO |
| Funds received and/or disbursed by another party | NO | NO | NO | NO |

Case 19-60138-pcm11    Doc 152    Filed 03/21/19

| Case Number: | 19-60138-pcm11 |
| Report Mo/Yr: | February 2019 |

**Debtor:** B. & J. Property Investments, Inc.

## UST-14B, ADDITIONAL DISBURSEMENT INFORMATION

**Payments on Pre-Petition Unsecured Debt (requires court approval)**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt? **If "yes", complete table for each payment.**

| Payee's Name | Nature of Payment | Payment Date | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|---|
| | | | | | | X |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Payments to Attorneys and Other Professionals (requires court approval)**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person? **If "yes", complete table for each payment.**

| Professional's Name | Type of Work Performed | Payment Date | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|---|
| | | | | | | X |
| | | | | | | |

**Payments to an Officer, Director, Partner, or Other Insider of the Debtor**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to, or for the benefit of, an officer, director, partner, member, shareholder or other insider of the debtor? **If "yes", complete table for each payment.**

| Payee's Name | Relationship to Debtor | Payment Date | Amount | Purpose of Payment | Yes | No |
|---|---|---|---|---|---|---|
| | | | | | | X |
| | | | | | | |
| | | | | | | |

INSTRUCTIONS: Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment.

**CERTIFICATION OF BANK ACCOUNTS:**

The undersigned certifies under penalty of perjury that every financial account used by the debtor is accounted for in UST-14A of this report and is held in a depository included on the U.S. Trustee's list of authorized depositories. The undersigned further certifies that each such depository has been notified that the account holder is a debtor in a Chapter 11 case under the jurisdiction of the Bankruptcy Court.

BY: */s/ William Berman*                    DATE: 3/21/2019

TITLE: President

Case Number: 19-60138-pcm11
Report Mo/Yr: February 2019

**Debtor:** B. & J. Property Investments, Inc.

## UST-15, STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:** Complete all portions of UST-15, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

º At the beginning of the reporting month, the debtor did not have any uncollected pre-petition or post-petition accounts receivable; and,

º During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or write-off of accounts receivable from prior months.

**Initial here _____ if the debtor asserts that both statements above are correct and then skip to UST-16, Statement of Post-Petition Payables.**

### Accounts Receivable Aging

|  | Balance at Month End | Current Portion | Past Due 31-60 days | Past Due 61-90 days | Past Due over 90 days | Uncollectible Receivables |
|---|---|---|---|---|---|---|
| Pre-petition | - | - | - | - | - | - |
| Post-petition | - | - | - | - | - | - |
| TOTALS | - | - | - | - | - | - |

Explain what efforts the debtor has made during the reporting period to collect receivables over 60 days past due.

### Accounts Receivable Reconciliation

|  | Post Petition | Pre-Petition | Totals |
|---|---|---|---|
| Opening Balance | - | - | - |
| Add: Sales on account | - |  | - |
| Less: Payments on account | - | - | - |
| Less: Write-offs or other adjustments | - | - | - |
| Closing Balance | - | - | - |

### Insider Receivable Reconciliation

| Insider Name (e.g. officer, director, partner, member, shareholder) Relationship to Debtor | William & Debra Berman Owners | William Lloyd Developments Inc. Affiliate of Owners |  |
|---|---|---|---|
| Opening Balance (if first report, use the balance on date of filing) | 61,000.00 | 900,000.00 |  |
|  |  | - |  |
| Add: Current month advances | - | - |  |
| Less: Current month payments | - |  |  |
| Closing Balance | 61,000.00 | 900,000.00 | - |

| | |
|---|---|
| Case Number: | 19-60138-pcm11 |
| Report Mo/Yr: | February 2019 |

**Debtor:** B. & J. Property Investments, Inc.

---

## UST-16, STATEMENT OF AGED POST-PETITION PAYABLES
## PART A - TRADE ACCOUNTS PAYABLE

---

**INSTRUCTIONS:** Complete PART A - TRADE ACCOUNTS PAYABLE unless the debtor asserts that this statement is true for this reporting month:

° Except for taxes disclosed in PART B of this report, the debtor has no other unpaid post-petition payables from the current reporting month or from any prior post-petition months.

**Initial here __*WB*____ if the debtor asserts that the statement above is correct and then skip to UST-16, Part B, Taxes.**

---

**Accounts Payable Aging**

| | Balance at Month End | Current Portion | Past Due 31-60 days | Past Due 61-90 days | Past Due over 90 days |
|---|---|---|---|---|---|
| Post-petition | - | - | - | - | - |

1. For Accounts Payable **more than 30 days past due,** explain why payment has not been made.

2. Attach the debtor's accounts payable aging report.

---

**Post-Petition Trade Accounts Payable Reconciliation**

| | |
|---|---|
| Opening Balance | - |
| Additions: | - |
| Less: Payments made | - |
| Closing Balance | - |

---

Case 19-60138-pcm11    Doc 152    Filed 03/21/19

| | |
|---|---|
| Case Number: | 19-60138-pcm11 |
| Report Mo/Yr: | February 2019 |

**Debtor:** B. & J. Property Investments, Inc.

## UST-16, BUSINESS STATEMENT OF AGED POST-PETITION PAYABLES
## PART B - TAXES

**CERTIFICATION:  The undersigned certifies under penalty of perjury that all post-petition taxes required to be withheld or**

BY: /s/ William Berman          DATE:   3/21/2019

### Reconciliation of Unpaid Post-Petition Taxes

| Type of Tax | 1 Unpaid Post-petition Taxes from Prior Reporting Month | 2 Post-petition Taxes Accrued this Month (New Obligations) | 3 Post-petition Tax Payments Made this Reporting Month | 4 Unpaid Post-petition Taxes at End of Reporting Month (Column 1+2-3=4) |
|---|---|---|---|---|
| **FEDERAL EMPLOYMENT TAXES** | | | | |
| Employee Income Tax Withheld | - | - | - | - |
| FICA/Medicare-Employee | - | - | - | - |
| FICA/Medicare-Employer | - | - | - | - |
| Unemployment (FUTA) | - | - | - | - |
| **STATE EMPLOYMENT TAXES** | | | | |
| Employee Income Tax Withheld | - | - | - | - |
| Unemployment (SUTA) | - | - | - | - |
| Worker's Compensation | - | - | - | - |
| **OTHER TAXES** | | | | |
| Corporate Income Tax | - | - | - | - |
| Local City/County Tax | - | - | - | - |
| Sales Tax | - | - | - | - |
| Personal Property Tax | - | - | - | - |
| Real Property Tax | - | - | - | - |
| Other | - | - | - | - |
| Total Unpaid Post-Petition Taxes | | | | $            - |

Is the debtor delinquent in any tax reporting?  *If yes,*  provide the name of the taxing authority, a description of the report that is past due, the original report due date, any payment due, and the reason for the delinquency.

Case 19-60138-pcm11    Doc 152    Filed 03/21/19

| | |
|---|---|
| Case Number: | 19-60138-pcm11 |
| Report Mo/Yr: | February 2019 |

**Debtor:** B. & J. Property Investments, Inc.

## UST-17 STATEMENT OF OPERATIONS

INSTRUCTIONS: Answer each question fully and attach additional sheets as necessary to provide a complete response

**Question 1 - Sale of the Debtor's Assets**

Did the debtor, or another party on behalf of the the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month that are out of the ordinary course of the debtor's business  If yes, attach a schedule identifying  each asset, date of sale notice, method of disposition, and gross and net sale proceeds received.  If real property was sold, attach a copy of the closing statement.

|  | Yes | No |
|---|---|---|
|  |  | X |

**Question 2 - Financing**

During the reporting month, did the debtor receive any financing, or loans from a non-insider funding source?  If yes, indicate the source of the funds, date paid to debtor, dollar amount, and date of court approval.

| Source of Funds | Date Paid | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|
|  |  |  |  |  | X |

**Question 3 - Insider loans**

During the reporting month, did the debtor receive any funds from an officer, director, partner, member, shareholder, or other insider of the debtor?  If yes, indicate the source of funds, date paid to debtor, dollar amount, and date of court approval.

| Source of Funds | Date Paid | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|
|  |  |  |  |  | X |

**Question 4 - Insurance and Bond Coverage**

|  | Yes | No |
|---|---|---|
| Did the debtor renew or replace any insurance policies during this reporting month?  **If yes, attach a certificate of insurance for each renewal or change in coverage.** |  | X |
| Were any of the debtor's insurance policies canceled or otherwise terminated for any reason during the reporting month?  **If yes, explain.** |  | X |
| Were any claims made during this reporting month against the debtor's bond? (Answer "No" if the debtor is not required to have a bond).  **If yes, explain.** |  | X |

**Question 5 - Significant Events.**
Provide a narrative report of any significant events that may have an effect on the financial condition of the debtor or any events out of the ordinary course of business that are not described elsewhere in this report.  Attach separate sheets as necessary.

Case 19-60138-pcm11    Doc 152    Filed 03/21/19

| Case Number: | 19-60138-pcm11 |
|---|---|
| Report Mo/Yr: | February 2019 |

**Debtor:** B. & J. Property Investments, Inc.

## UST-17, STATEMENT OF OPERATIONS (Continued)

**Question 6 - Case Progress.** Explain what progress the debtor has made during the reporting month toward confirmation of a plan of reorganization.

| | Filed ? | Estimated Date To be Filed If not Filed |
|---|---|---|
| Disclosure Statement: | No | 5/17/2019 |
| Plan of Reorganization: | No | 5/17/2019 |

**WHERE TO FILE A MONTHLY OPERATING REPORT:** Local Bankruptcy Rule 2015-2 requires the debtor to file its monthly financial report with the U.S. Bankruptcy Court.

**File the original….(select only one)**

**For a Chapter 11 case filed in Portland, OR:**
United States Bankruptcy Court
1001 SW 5th Avenue, 7th floor
Portland, OR 97204

**For a Chapter 11 case filed in Eugene, OR:**
United States Bankruptcy Court
405 East 8th Avenue, Suite 2600
Eugene, OR 97401

**CERTIFICATION: The undersigned certifies that copies of this report and supporting documents have been served upon each of the following persons in this case: U.S. Trustee; the chairperson of each official committee of creditors or equity security holders and the attorney(s) for each such committee; the debtor and the debtor's attorney; and the trustee and the trustee's attorney, if applicable.**

BY: /s/ Timothy J. Conway     DATE: 3/21/2019

TITLE: Attorney for Debtor

**Send U.S. Trustee's copy to: (select only one)**

**For a Chapter 11 case filed in Portland, OR:**
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205

**For a Chapter 11 case filed in Eugene, OR**
Office of the United States Trustee
405 East 8th Avenue, Suite 1100
Eugene, OR 97401

Case 19-60138-pcm11    Doc 152    Filed 03/21/19



# Business Statement

Account Number:
████8627

Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3103        TRN            S            Y        ST01



000137304 01 SP 0.500 106481930714813 P N
ESTATE OF B & J PROPERTY INVESTMENTS IN
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 19-60138-PCM11
4490 SILVERTON RD NE
SALEM OR 97305-2060

☎                                    *To Contact U.S. Bank*

**24-Hour Business**
**Solutions:**                        *1-800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**                              *usbank.com*

## SILVER BUSINESS CHECKING                                 *Member FDIC*

U.S. Bank National Association                    Account Number 1-536-6954-8627

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Feb 1 |  | $ | 77.51 |
| Customer Deposits | 3 |  | 5,126.98 |
| Other Deposits | 1 |  | 6,600.00 |
| Other Withdrawals | 3 |  | 2,351.62- |
| Checks Paid | 2 |  | 4,190.38- |
| **Ending Balance on Feb 28, 2019** |  | **$** | **5,262.49** |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
|  | Feb 26 | 8357760223 | 1,534.13 |  | Feb 28 | 8955752526 | 2,125.62 |
|  | Feb 27 | 8655828447 | 1,467.23 |  |  |  |  |
|  |  |  |  |  | **Total Customer Deposits** | **$** | **5,126.98** |

### Other Deposits

| Date | Description of Transaction |  | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 6 | Internet Banking Transfer | From Account ████8635 |  | $ | 6,600.00 |
|  |  | **Total Other Deposits** |  | **$** | **6,600.00** |

### Other Withdrawals

| Date | Description of Transaction |  | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 11 | Electronic Withdrawal | From PAYCHEX TPS |  | $ | 2,304.62- |
|  | REF=19039008061587 0N00 | 1161124166TAXES  80530400002487X |  |  |  |
| Feb 20 | Internet Banking Transfer | To Account ████6979 |  |  | 40.00- |
| Feb 27 | Deposited Item Returned |  | 1000103749 |  | 7.00- |
|  |  | **Total Other Withdrawals** |  | **$** | **2,351.62-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 2001 | Feb 14 | 8955121653 | 2,095.19 | 2002 | Feb 14 | 8955121651 | 2,095.19 |
|  |  |  |  | **Conventional Checks Paid (2)** |  | **$** | **4,190.38-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb 6 | 6,677.51 | Feb 20 | 142.51 | Feb 27 | 3,136.87 |
| Feb 11 | 4,372.89 | Feb 26 | 1,676.64 | Feb 28 | 5,262.49 |
| Feb 14 | 182.51 |  |  |  |  |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: January 2019

| Account Number: | ████-8627 | $ | 0.00 |
|---|---|---|---|



## BALANCE YOUR ACCOUNT
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
**LENDER**

Member FDIC



ESTATE OF B & J PROPERTY INVESTMENTS IN
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 19-60138-PCM11
4490 SILVERTON RD NE
SALEM OR 97305-2060

**Business Statement**

Account Number:
█████ 8627

Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 2 of 2



## ANALYSIS SERVICE CHARGE DETAIL (CONTINUED)

| | | | |
|---|---|---|---|
| Account Number: | ██████-8635 | $ | 0.00 |
| Account Number: | ██████-7685 | $ | 0.00 |
| Account Number: | ██████-7693 | $ | 0.00 |
| Analysis Service Charge  waived | ██████-8627 | $ | 0.00 |

### Service Activity Detail for Account Number ██████-8627

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 1 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| Fee Based Service Charges for Account Number 1-██████-8627 | | $ | 0.00 |

### Service Activity Detail for Account Number ██████-8635

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 4 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| Fee Based Service Charges for Account Number ██████8635 | | $ | 0.00 |

### Service Activity Detail for Account Number ██████-7685

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 1 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| Fee Based Service Charges for Account Number ██████-7685 | | $ | 0.00 |

### Service Activity Detail for Account Number ██████-7693

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 1 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| Fee Based Service Charges for Account Number ██████-7693 | | $ | 0.00 |



This page intentionally left blank



**Business Statement**

Account Number:

██████ 8635

Statement Period:

Feb 1, 2019

through

Feb 28, 2019

Page 1 of 1

U.S. bank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3103          TRN              S           Y        ST01



000034795 01 AV 0.383 106481930751768 P Y
ESTATE OF B & J PROPERTY INVESTMENTS IN
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 19-60138-PCM11
4490 SILVERTON RD NE
SALEM OR 97305-2060

☎                                *To Contact U.S. Bank*

*24-Hour Business
Solutions:*                              *1-800-673-3555*

*U.S. Bank accepts Relay Calls*

*Internet:*                              *usbank.com*

---

## SILVER BUSINESS CHECKING                                    *Member FDIC*

U.S. Bank National Association                          Account Number ██████-8635

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Feb 1 | | $ | 113,886.77 |
| Other Deposits | 3 | | 35,750.00 |
| Other Withdrawals | 3 | | 23,680.16- |
| Checks Paid | 2 | | 237.50- |
| **Ending Balance on Feb 28, 2019** | | **$** | **125,719.11** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 1 | Branch Telephone Transfer | From Account ██6953 | | $ | 6,750.00 |
| Feb 1 | Branch Telephone Transfer | From Account ██6953 | | | 14,500.00 |
| Feb 22 | Internet Banking Transfer | From Account ██6953 | | | 14,500.00 |
| | | **Total Other Deposits** | | **$** | **35,750.00** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 6 | Internet Banking Transfer | To Account ██8627 | | $ | 6,600.00- |
| Feb 20 | Internet Banking Transfer | To Account ██7693 | | | 3,000.00- |
| Feb 26 | Electronic Withdrawal | From Columbia Credit | | | 14,080.16- |
| | REF=190560139738440N00 | 323383349 CK-WTH | | | |
| | | **Total Other Withdrawals** | | **$** | **23,680.16-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1001 | Feb 11 | 8057737533 | 100.00 | 1004* | Feb 25 | 8058944202 | 137.50 |

\* Gap in check sequence                    **Conventional Checks Paid (2)**        **$**        **237.50-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb 1 | 135,136.77 | Feb 20 | 125,436.77 | Feb 25 | 139,799.27 |
| Feb 6 | 128,536.77 | Feb 22 | 139,936.77 | Feb 26 | 125,719.11 |
| Feb 11 | 128,436.77 | | | | |

Balances only appear for days reflecting change.



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3.  Enter the ending balance shown on this statement. $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section. $_____

5.  Total lines 3 and 4. $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7.  Subtract line 6 from line 5. This is your balance. $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING LENDER

Member FDIC



**Business Statement**

Account Number:

███████ 7685

Statement Period:

Feb 1, 2019

through

Feb 28, 2019

Page 1 of 1

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3103          TRN                    S              Y          ST01



|ldulml|lllu·|lualllu·|ll·l|lml|ml·|ll·l|
000034834 01  AV  0.383  106481930751807 P  Y
ESTATE OF  B & J PROPERTY INVESTMENTS IN
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 19-60138-PCM11
4490 SILVERTON RD NE
SALEM OR  97305-2060

☎                         *To Contact U.S. Bank*

*24-Hour Business*

*Solutions:*                      *1-800-673-3555*

*U.S. Bank accepts Relay Calls*

*Internet:*                          *usbank.com*

---

## SILVER BUSINESS CHECKING                                    *Member FDIC*

U.S. Bank National Association                          **Account Number** ███████-7685

## Account Summary

| | | |
|---|---|---|
| Beginning Balance on Feb 1 | $ | 77.51 |
| **Ending Balance on  Feb 28, 2019** | **$** | **77.51** |

---

Case 19-60138-pcm11     Doc 152     Filed 03/21/19



## BALANCE YOUR ACCOUNT
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.            $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5. Total lines 3 and 4.                                        $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance.          $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.
**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING
LENDER

Member FDIC

Case 19-60138-pcm11     Doc 152     Filed 03/21/19



**Business Statement**
Account Number:
████ 7693
Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 1 of 2

**U.S. bank**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3103       TRN              S              Y       ST01



000034849 01 AV 0.383 106481930751822 P Y
ESTATE OF B & J PROPERTY INVESTMENTS IN
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 19-60138-PCM11
4490 SILVERTON RD NE
SALEM OR 97305-2060

☎ *To Contact U.S. Bank*

*24-Hour Business*
*Solutions:*                              *1-800-673-3555*

*U.S. Bank accepts Relay Calls*
*Internet:*                                      *usbank.com*

---

## SILVER BUSINESS CHECKING                           *Member FDIC*
U.S. Bank National Association                    Account Number ████-7693

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Feb 1 |  | $ | 77.51 |
| Other Deposits | 3 |  | 3,286.16 |
| Card Withdrawals | 7 |  | 1,083.73- |
| Other Withdrawals | 1 |  | 36.00- |
| **Ending Balance on Feb 28, 2019** |  | **$** | **2,243.94** |

### Other Deposits

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| Feb 20 | Overdraft Paid Fee | Refund |  | $ | 36.00 |
| Feb 20 | Internet Banking Transfer | From Account ████6979 |  |  | 250.16 |
| Feb 20 | Internet Banking Transfer | From Account ████8635 |  |  | 3,000.00 |
|  |  | **Total Other Deposits** |  | **$** | **3,286.16** |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-6148

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| Feb 26 | Debit Purchase - VISA HARLAND CLARKE C ************6148 | On 022519 SAN ANTONIO TX REF # 2444500905620009717030321 | 6200097170 | $ | 38.16- |
| Feb 27 | Debit Purchase - VISA HARLAND CLARKE C ************6148 | On 022619 SAN ANTONIO TX REF # 2444500905720012195816617 | 7200121958 |  | 21.64- |
|  |  | **Card 6148 Withdrawals Subtotal** |  | **$** | **59.80-** |

Card Number: xxxx-xxxx-xxxx-6155

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| Feb 14 | Debit Purchase 362903 ************6155 | SMART FOODSERVI SALT LAKE CIOR On 021419 MAESTERM REF 362903 |  | $ | 250.16- |
| Feb 20 | Debit Purchase - VISA THE INK SPOT ************6155 | On 021919 SALEM OR REF # 2475076905090000013500014 | 0900013500 |  | 705.00- |
| Feb 26 | Debit Purchase - VISA VISTAPR*VistaPri ************6155 | On 022519 866-8936743 MA REF # 2469216905610059216712 | 6100592161 |  | 41.28- |
| Feb 27 | Debit Purchase - VISA Amazon.com*MI57C ************6155 | On 022719 Amzn.com/bil WA REF # 2469216905810036608200 | 8100366082 |  | 19.99- |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, he following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC

Case 19-60138-pcm11     Doc 152     Filed 03/21/19

 **us bank**®

ESTATE OF B & J PROPERTY INVESTMENTS IN
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 19-60138-PCM11
4490 SILVERTON RD NE
SALEM OR 97305-2060

**Business Statement**

Account Number:

▮▮▮7693

Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 2 of 2



---

## SILVER BUSINESS CHECKING                                                      (CONTINUED)
U.S. Bank National Association                                         **Account Number** ▮▮▮**7693**

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-6155

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Feb 28 | Debit Purchase - VISA | On 022719 SALEM OR | 8003671525 | 7.50- |
| | COOKE STATIONERY | REF # 24013399058003671525182 | | |
| | ************6155 | | | |

| | | |
|---|---|---|
| **Card 6155  Withdrawals Subtotal** | **$** | **1,023.93-** |
| **Total Card Withdrawals** | **$** | **1,083.73-** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|------|---------------------------|-----------|---|--------|
| Feb 15 | Overdraft Paid Fee | | $ | 36.00- |

| | | |
|---|---|---|
| **Total Other Withdrawals** | **$** | **36.00-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Feb 14 | 172.65- | Feb 20 | 2,372.51 | Feb 27 | 2,251.44 |
| Feb 15 | 208.65- | Feb 26 | 2,293.07 | Feb 28 | 2,243.94 |

Balances only appear for days reflecting change.

---



This page intentionally left blank