# MONTHLY OPERATING REPORT FOR
# CORPORATE OR PARTNERSHIP DEBTOR
### (Including LLCs and LLPs)

Case No.  19-60138-pcm11

Debtor  B. & J. Property Investments, Inc.

Report Month/Year  March 2019

**Instructions**: The debtor's monthly financial report shall include this cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-1(b) and 2015-2, or the U.S. Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor submits the following with this monthly financial report:

| Form | Description | Completed | Not Applicable |
|---|---|---|---|
| UST-11 | **Comparative Income Statement** or debtor's income statement (must include all line items specified on UST-11). | X | |
| UST-12 | **Comparative Balance Sheet** or debtor's balance sheet (must include all line items specified on UST-12. The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | X | |
| UST-13 | **Comparative Cash Flow Statement** or debtor's cash flow statement (must include all line items specified on UST-13). Complete this statement if the debtor is reporting based on the accrual basis of accounting. This is the required method, unless other arrangements have been made with the U.S. Trustee. | X | |
| UST-14 | **Summary of Disbursements** | X | |
| UST-14A | **Statement of Cash Receipts and Disbursements** Complete one or more to include all bank accounts or other sources of debtor funds. Attach copies of monthly bank statements and all supporting documents described in the instructions. | X | |
| UST-14B | **Additional Disbursement Information** | X | |
| UST-15 | **Statement of Aged Receivables** Provide a detailed accounting of aged receivables on, or as an attachment to, UST-15. | X | |
| UST-16 | **Statement of Aged Post-Petition Payables** Provide a detailed accounting of aged post-petition payables on, or as an attachment to, UST-16. | X | |
| UST-17 | **Statement of Operations** When applicable, UST-17 shall include copies of supporting documents such as an escrow statement for the sale of real property, an auctioneer's report for property sold at auction, or a certificate of insurance or copy of debtor's bond for any change in insurance or bond coverage. | X | |

### DEBTOR'S CERTIFICATION

I certify under penalty of perjury that (1) I have personally prepared this financial report or directly supervised its preparation, and (2) the information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

BY:  /s/ William Berman          DATE:  4/22/2019
TITLE:  President

The debtor, or trustee, if appointed, must sign the monthly financial report. Only an authorized officer may sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor. Debtor's counsel may not sign a financial report for the debtor.

| | | Case Number: | 19-60138-pcm11 |
|---|---|---|---|
| | | Report Mo/Yr: | March 2019 |

**Debtor:** B. & J. Property Investments, Inc.

## UST-11, COMPARATIVE INCOME STATEMENT

**INSTRUCTIONS:** The initial report should include only business activity commencing from the petition date through the end of the month.

| For the Month of: | MO/YR Jan. 17-31 2019 | MO/YR Feb. 2019 | MO/YR Mar. 2019 | Cumulative To Date |
|---|---|---|---|---|
| Revenue | $ 21,250.00 | $ 41,087.14 | $ 126,794.48 | 189,132 |
| Less: Returns and Allowances | $ - | $ - | $ - | - |
| NET REVENUE | $ 21,250.00 | $ 41,087.14 | $ 126,794.48 | 189,132 |
| | | | | |
| Cost of Goods sold: | | | | |
| Beginning Inventory | $ - | $ - | $ - | - |
| Add: Purchases | $ - | $ - | $ - | - |
| Less: Ending Inventory | $ - | $ - | $ - | - |
| Cost of Goods Sold | $ - | $ - | $ - | - |
| | | | | |
| Additional Costs of Good Sold: | | | | |
| Direct Labor | $ - | $ - | $ - | - |
| Freight In | $ - | $ - | $ - | - |
| TOTAL COST OF GOOD SOLD | $ - | $ - | $ - | - |
| | | | | |
| Other Operating Expenses: | | | | |
| Officers' Salaries (Gross) | $ - | $ 4,190.38 | $ 6,904.28 | 11,095 |
| Other Salaries (Gross) | $ - | $ - | $ - | - |
| Depreciation and Amortization | $ - | $ - | $ - | - |
| Employee Benefits | $ - | $ 2,304.62 | $ 2,570.18 | 4,875 |
| Payroll Taxes (Employer's portion) | $ - | $ - | $ - | - |
| Insurance | $ - | $ - | $ 809.53 | 810 |
| Rent | $ - | $ - | $ - | - |
| General and Administrative | $ 89.96 | $ 15,408.39 | $ 61,124.27 | 76,623 |
| TOTAL OPERATING EXPENSES | $ 89.96 | $ 21,903.39 | $ 71,408.26 | 93,402 |
| NET OPERATING INCOME (LOSS) | $ 21,160.04 | $ 19,183.75 | $ 55,386.22 | 95,730 |
| | | | | |
| Add: Other Income | $ - | $ - | $ - | - |
| | | | | |
| Less: Interest Expense | $ - | $ - | $ - | - |
| | | | | |
| Less: Non-recurring items | | | | |
| Professional Fees | $ - | $ - | $ - | - |
| UST Fees | $ - | $ - | $ - | - |
| Other (specify) | $ - | $ - | $ - | - |
| TOTAL NON-RECURRING ITEMS | $ - | $ - | $ - | - |
| | | | | |
| GAIN (LOSS) ON DISPOSAL OF ASSETS | | | | - |
| | | | | |
| NET INCOME (LOSS) BEFORE INCOME TAX | $ 21,160.04 | $ 19,183.75 | $ 55,386.22 | 95,730 |
| Income Taxes | | | | - |
| NET INCOME (LOSS) | $ 21,160.04 | $ 19,183.75 | $ 55,386.22 | 95,730 |

Case Number: 19-60138-pcm11
Report Mo/Yr: March 2019

**Debtor:** B. & J. Property Investments, Inc.

## UST-12, COMPARATIVE BALANCE SHEET

| ASSETS — As of month ending: | MO/YR Jan. 17-31 2019 | MO/YR Feb. 2019 | MO/YR Mar. 2019 | PER SCHEDULES (i.e. Petition Date) |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Cash-Restricted | - | - | - | - |
| Cash-Unrestricted | 114,119 | 133,303 | 191,281 | 114,209 |
| TOTAL CASH | 114,119 | 133,303 | 191,281 | 114,209 |
| | | | | |
| Accounts Receivable | - | - | - | - |
| Less: Allowance for Doubtful Accounts | - | - | - | - |
| NET ACCOUNTS RECEIVABLE | - | - | - | - |
| | | | | |
| Notes Receivable | - | - | - | - |
| Insider Receivables | 1,898,322 | 1,898,322 | 1,898,322 | 1,898,322 |
| Less: Allowance for Doubtful Accounts | (937,322) | (937,322) | (937,322) | (937,322) |
| NET INSIDER RECEIVABLE | 961,000 | 961,000 | 961,000 | 961,000 |
| Inventory (see note below) | - | - | - | - |
| Prepaid Expenses | 6,000 | 6,000 | 6,000 | 6,000 |
| Other (attach list) | - | - | - | - |
| **TOTAL CURRENT ASSETS** | 1,081,119 | 1,100,303 | 1,158,281 | 1,081,209 |
| **Fixed Assets** | | | | |
| Real Property/Buildings | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 |
| Equipment | 43,000 | 43,000 | 43,000 | 43,000 |
| Accumulated Depreciation | - | - | - | - |
| NET FIXED ASSETS | 5,043,000 | 5,043,000 | 5,043,000 | 5,043,000 |
| | | | | |
| Other Assets (attach list) | | | | |
| **TOTAL ASSETS** | 6,124,119 | 6,143,303 | 6,201,281 | 6,124,209 |
| | | | | |
| **LIABILITIES** | | | | |
| **Post-Petition Liabilities** | | | | |
| Trade Accounts Payable | - | - | - | |
| Taxes Payable | - | - | - | |
| Accrued Professional Fees | | | | |
| Notes Payable | - | - | - | |
| Rents and Lease payables | - | - | - | |
| Accrued Interest | - | - | - | |
| Other (specify) | - | - | - | |
| **TOTAL POST-PETITION LIABILITIES** | - | - | - | |
| **Pre-Petition Liabilities** | | | | |
| Secured Debt | 2,231,445 | 2,231,445 | 2,231,445 | 2,231,445 |
| Priority Debt | 150 | 150 | 150 | 150 |
| Unsecured Debt | 5,564,768 | 5,564,768 | 5,564,768 | 5,564,768 |
| Other (attach list) | - | - | | |
| **TOTAL PRE-PETITION LIABILITIES** | 7,796,363 | 7,796,363 | 7,796,363 | 7,796,363 |
| | | | | |
| **TOTAL LIABILITIES** | 7,796,363 | 7,796,363 | 7,796,363 | 7,796,363 |

Method of inventory valuation (Cost, Lower of Cost or Market, FIFO, LIFO, Other) : _____

Monthly Operating Report -Corporate or Partnership Debtor — Page 3 of 13
United States Trustee-Oregon — (Revised 3/4/11)

Case 19-60138-pcm11    Doc 164    Filed 04/22/19

## UST-12, COMPARATIVE BALANCE SHEET

| EQUITY — As of month ending: | MO/YR Jan. 17-31 2019 | MO/YR Feb. 2019 | MO/YR Mar. 2019 | PER SCHEDULES (i.e. Petition Date) |
|---|---|---|---|---|
| Owners' Equity (or Deficit) | (1,672,244) | (1,653,060) | (1,595,082) | |
| Prepetition Owners' Equity | | | | |
| Post-petition Cumulative Profit or (Loss) | | | | |
| Direct Charges to Equity (Explain) | | | | |
| TOTAL OWNERS' EQUITY (DEFICIT) | (1,672,244) | (1,653,060) | (1,595,082) | - |
| TOTAL LIABILITIES AND OWNERS' EQUITY(DEFICIT) | 6,124,119 | 6,143,303 | 6,201,281 | 7,796,363 |

FOOTNOTES TO BALANCE SHEET:

UST-13

Case Number: 19-60138-pcm11
Report Mo/Yr: March 2019

Debtor: B. & J. Property Investments, Inc.

| UST-13, COMPARATIVE CASH FLOW STATEMENT | | | | |
|---|---|---|---|---|
| As of month ending: | MO/YR Jan. 17-31 2019 | MO/YR Feb. 2019 | MO/YR Mar. 2019 | Cumulative Filing to Date |
| NET INCOME (LOSS) | 21,160 | 19,184 | 55,386 | |
| ADJUSTMENTS TO RECONCILE NET INCOME TO NET CASH: | | | | |
| Depreciation and Amortization | - | - | - | |
| (Gain) Loss on Sale of Assets | - | - | - | |
| (Increase) Decrease in Prepaids | - | - | - | |
| (Increase) Decrease in Receivables | (21,160) | - | (27,734) | |
| (Increase) Decrease in Inventory | - | - | - | |
| Increase (Decrease) in Payables | - | - | - | |
| Increase (Decrease) in Taxes Payable | - | - | - | |
| Increase (Decrease) in Professional Fees | - | - | - | |
| Increase (Decrease) in Rents/Leases Pay | - | - | - | |
| Increase (Decrease) in Accrued Interest | - | - | - | |
| NET CASH PROVIDED BY OPERATIONS | 0 | 19,184 | 27,652 | |
| CASH FLOWS FROM INVESTING/FINANCING: | | | | |
| Purchase of Fixed Assets | - | - | - | |
| Proceeds from Sale of Fixed Assets | - | - | - | |
| Capital Contributions | - | - | - | |
| Loan Proceeds | - | - | - | |
| Loan Principal and Capital Lease Payments | - | - | - | |
| NET INCREASE (DECREASE) IN CASH | 0 | 19,184 | 27,652 | |
| BEGINNING CASH | 114,110 | 114,119 | 133,303 | |
| ENDING CASH | 114,119 | 133,303 | 188,689 | |

| | |
|---|---|
| Case Number: | 19-60138-pcm11 |
| Report Mo/Yr: | March 2019 |

**Debtor:** B. & J. Property Investments, Inc.

## UST-14, SUMMARY OF DISBURSEMENTS

**INSTRUCTIONS:** <u>BEFORE COMPLETING THIS PAGE,</u> prepare UST-14A (see next page) to include all bank accounts or other sources of the debtor's funds. The disbursement total will be used to complete this SUMMARY OF DISBURSEMENTS.

The debtor is responsible for providing accurate <u>monthly</u> disbursement totals for purposes of calculating its obligation pursuant to 28 U.S.C. § 1930(a)(6) to pay statutory fees to the U.S. Trustee. The disbursement total encompasses all payments made by the debtor during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

The U.S. Trustee payment is due on the last day of the month following the end of each calendar quarter, or on **April 30, July 31, October 31, and January 31,** respectively. Because the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on actual disbursements for the <u>calendar quarter,</u> or portion thereof while the debtor is in Chapter 11 (i.e. until the case is converted, dismissed, or closed by final decree). Failure to pay statutory fees to the U.S. Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found in the Chapter 11 Guidelines on the U.S. Trustee's website located at:

> http://www.justice.gov/ust/r18/portland/chapter11.htm
> http://www.justice.gov/ust/r18/eugene/chapter11.htm

If you have any questions about how to compute the disbursement total, please call the U.S. Trustee's office:

Portland, OR    (503) 326-4000
Eugene, OR    (541) 465-6330

(UST-14A, with attachments, should follow this page.)

**COMPUTATION OF MONTHLY DISBURSEMENT TOTAL**

| | | |
|---|---|---|
| Total disbursements from UST-14A | $ | 36,214.65 |
| Cash payments not included in total above (if any) | $ | - |
| Disbursements made by third parties for the debtor (if any, explain) | $ | - |
| TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES | $ | 36,214.65 |

At the end of this reporting month, did the debtor have any <u>delinquent</u> statutory fees owing to the U.S. Trustee?    **Yes** [ ]   **No** [X]

(If yes, list each quarter that is delinquent and the amount due along with an explanation)

| **Quarter** | **Explanation** | **Amount** |
|---|---|---|
| | | |
| | | |
| | | |

## UST-14A - STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Include all bank accounts or other source of the debtor's funds and attach supporting documents as indicated on the checklist below. Use additional sheets as necessary.

| Depository (Bank) Name<br>Account Number<br>Type of Account | US Bank<br>-8627<br>DIP Checking<br>Operations | US Bank<br>-8635<br>DIP Checking<br>Corporate | US Bank<br>-7685<br>DIP Checking<br>Security Deposits | US Bank<br>-7693<br>DIP Checking<br>Store Acct | TOTALS |
|---|---|---|---|---|---|
| **Beginning Cash Balance** | 5,262.49 | 125,719.11 | 77.51 | 2,243.94 | 133,303.05 |
| Add: | | | | | |
| Transfers in | 39,861.53 | 4,005.00 | 18,505.00 | 1,142.96 | 63,514.49 |
| Receipts deposited | 59,542.49 | 28,729.48 | - | - | 88,271.97 |
| Other (identify source) | - | | | | - |
| Total Cash Receipts | 99,404.02 | 32,734.48 | 18,505.00 | 1,142.96 | 151,786.46 |
| | | | | | |
| Subtract: | | | | | |
| Transfers out | (2,023.17) | (55,570.49) | - | - | (57,593.66) |
| Disbursements by check or debit | (20,148.77) | (15,118.61) | - | (947.27) | (36,214.65) |
| Cash withdrawn | - | - | - | - | - |
| Other (identify source) | - | - | - | - | - |
| Total Cash Disbursements | $ (20,148.77) | $ (15,118.61) | $ - | $ (947.27) | (36,214.65) |
| | | | | | |
| **Ending Cash Balance** | 82,494.57 | 87,764.49 | 18,582.51 | 2,439.63 | 191,281.20 |

Does each account identified above include the following supporting documents, as required: Indicate **YES, NO** or **NOT APPLICABLE** in the boxes below.

| | | | | |
|---|---|---|---|---|
| Monthly bank statement copy (do not include bank statement copies with the report filed with the Bankruptcy Court) | YES | YES | YES | YES |
| Bank reconciliation (including outstanding checks and deposits in transit) | NO | NO | NO | NO |
| A detailed list of receipts for the account (deposit log or receipts journal) | NO | NO | NO | NO |
| A detailed list of disbursements for the account (check register or disbursement journal) | NO | NO | NO | NO |
| Funds received and/or disbursed by another party | NO | NO | NO | NO |

| | |
|---|---|
| Case Number: | 19-60138-pcm11 |
| Report Mo/Yr: | March 2019 |

**Debtor:** B. & J. Property Investments, Inc.

## UST-14B, ADDITIONAL DISBURSEMENT INFORMATION

**Payments on Pre-Petition Unsecured Debt (requires court approval)**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt? **If "yes", complete table for each payment.**

| Payee's Name | Nature of Payment | Payment Date | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | X |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Payments to Attorneys and Other Professionals (requires court approval)**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person? **If "yes", complete table for each payment.**

| Professional's Name | Type of Work Performed | Payment Date | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | X |
| | | | | | | |

**Payments to an Officer, Director, Partner, or Other Insider of the Debtor**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to, or for the benefit of, an officer, director, partner, member, shareholder or other insider of the debtor? **If "yes", complete table for each payment.**

| Payee's Name | Relationship to Debtor | Payment Date | Amount | Purpose of Payment | Yes | No |
|---|---|---|---|---|---|---|
| William Berman | President | 3/7/19 | 3,452 | Payroll | | |
| Debra Berman | Secretary | 3/7/19 | 3,452 | Payroll | X | |
| | | | | | | |
| | | | | | | |

INSTRUCTIONS: Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment.

**CERTIFICATION OF BANK ACCOUNTS:**

The undersigned certifies under penalty of perjury that every financial account used by the debtor is accounted for in UST-14A of this report and is held in a depository included on the U.S. Trustee's list of authorized depositories. The undersigned further certifies that each such depository has been notified that the account holder is a debtor in a Chapter 11 case under the jurisdiction of the Bankruptcy Court.

BY: /s/ William Berman          DATE: 4/22/2019

TITLE: President

**Debtor:** B. & J. Property Investments, Inc.

## UST-15, STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:** Complete all portions of UST-15, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

º At the beginning of the reporting month, the debtor did not have any uncollected pre-petition or post-petition accounts receivable; and,

º During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or write-off of accounts receivable from prior months.

**Initial here _____ if the debtor asserts that both statements above are correct and then skip to UST-16, Statement of Post-Petition Payables.**

**Accounts Receivable Aging**

|  | Balance at Month End | Current Portion | Past Due 31-60 days | Past Due 61-90 days | Past Due over 90 days | Uncollectible Receivables |
|---|---|---|---|---|---|---|
| Pre-petition | - | - | - | - | - | - |
| Post-petition | - | - | - | - | - | - |
| TOTALS | - | - | - | - | - | - |

Explain what efforts the debtor has made during the reporting period to collect receivables over 60 days past due.

**Accounts Receivable Reconciliation**

|  | Post Petition | Pre-Petition | Totals |
|---|---|---|---|
| Opening Balance | - | - | - |
| Add: Sales on account | - |  | - |
| Less: Payments on account | - | - | - |
| Less: Write-offs or other adjustments | - | - | - |
| Closing Balance | - | - | - |

**Insider Receivable Reconciliation**

| Insider Name (e.g. officer, director, partner, member, shareholder) Relationship to Debtor | William & Debra Berman Owners | William Lloyd Developments Inc. Affiliate of Owners |  |
|---|---|---|---|
| Opening Balance (if first report, use the balance on date of filing) | 61,000.00 | 900,000.00 | - |
| Add: Current month advances | - | - |  |
| Less: Current month payments | - |  |  |
| Closing Balance | 61,000.00 | 900,000.00 | - |

| | |
|---|---|
| Case Number: | 19-60138-pcm11 |
| Report Mo/Yr: | March 2019 |

**Debtor:** B. & J. Property Investments, Inc.

## UST-16, STATEMENT OF AGED POST-PETITION PAYABLES
## PART A - TRADE ACCOUNTS PAYABLE

**INSTRUCTIONS:** Complete PART A - TRADE ACCOUNTS PAYABLE unless the debtor asserts that this statement is true for this reporting month:

° Except for taxes disclosed in PART B of this report, the debtor has no other unpaid post-petition payables from the current reporting month or from any prior post-petition months.

**Initial here   WB   if the debtor asserts that the statement above is correct and then skip to UST-16, Part B, Taxes.**

**Accounts Payable Aging**

| | Balance at Month End | Current Portion | Past Due 31-60 days | Past Due 61-90 days | Past Due over 90 days |
|---|---|---|---|---|---|
| Post-petition | - | - | - | - | - |

1. For Accounts Payable **more than 30 days past due,** explain why payment has not been made.

2. Attach the debtor's accounts payable aging report.

**Post-Petition Trade Accounts Payable Reconciliation**

| | |
|---|---|
| Opening Balance | - |
| Additions: | - |
| Less: Payments made | - |
| Closing Balance | - |

Case Number: 19-60138-pcm11
Report Mo/Yr: Mar-19

**Debtor:** B. & J. Property Investments, Inc.

## UST-16, BUSINESS STATEMENT OF AGED POST-PETITION PAYABLES
## PART B - TAXES

**CERTIFICATION:** The undersigned certifies under penalty of perjury that all post-petition taxes required to be withheld or

BY: /s/ William Berman        DATE: 4/22/2019

**Reconciliation of Unpaid Post-Petition Taxes**

| Type of Tax | 1<br>Unpaid Post-petition Taxes from Prior Reporting Month | 2<br>Post-petition Taxes Accrued this Month (New Obligations) | 3<br>Post-petition Tax Payments Made this Reporting Month | 4<br>Unpaid Post-petition Taxes at End of Reporting Month (Column 1+2-3=4) |
|---|---|---|---|---|
| **FEDERAL EMPLOYMENT TAXES** | | | | |
| Employee Income Tax Withheld | - | - | - | - |
| FICA/Medicare-Employee | - | - | - | - |
| FICA/Medicare-Employer | - | - | - | - |
| Unemployment (FUTA) | - | - | - | - |
| **STATE EMPLOYMENT TAXES** | | | | |
| Employee Income Tax Withheld | - | - | - | - |
| Unemployment (SUTA) | - | - | - | - |
| Worker's Compensation | - | - | - | - |
| **OTHER TAXES** | | | | |
| Corporate Income Tax | - | - | - | - |
| Local City/County Tax | - | - | - | - |
| Sales Tax | - | - | - | - |
| Personal Property Tax | - | - | - | - |
| Real Property Tax | - | - | - | - |
| Other | - | - | - | - |
| | | | Total Unpaid Post-Petition Taxes | $  - |

Is the debtor delinquent in any tax reporting? *If yes,* provide the name of the taxing authority, a description of the report that is past due, the original report due date, any payment due, and the reason for the delinquency.

| | |
|---|---|
| Case Number: | 19-60138-pcm11 |
| Report Mo/Yr: | March 2019 |

**Debtor:** B. & J. Property Investments, Inc.

## UST-17 STATEMENT OF OPERATIONS

INSTRUCTIONS: Answer each question fully and attach additional sheets as necessary to provide a complete response

**Question 1 - Sale of the Debtor's Assets**
Did the debtor, or another party on behalf of the the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month that are out of the ordinary course of the debtor's business  If yes, attach a schedule identifying each asset, date of sale notice, method of disposition, and gross and net sale proceeds received. If real property was sold, attach a copy of the closing statement.

Yes [ ]   No [X]

**Question 2 - Financing**
During the reporting month, did the debtor receive any financing, or loans from a non-insider funding source? If yes, indicate the source of the funds, date paid to debtor, dollar amount, and date of court approval.

| Source of Funds | Date Paid | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | X |

**Question 3 - Insider loans**
During the reporting month, did the debtor receive any funds from an officer, director, partner, member, shareholder, or other insider of the debtor? If yes, indicate the source of funds, date paid to debtor, dollar amount, and date of court approval.

| Source of Funds | Date Paid | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | X |

**Question 4 - Insurance and Bond Coverage**

Yes   No

Did the debtor renew or replace any insurance policies during this reporting month? **If yes, attach a certificate of insurance for each renewal or change in coverage.**   [ ] [X]

Were any of the debtor's insurance policies canceled or otherwise terminated for any reason during the reporting month? **If yes, explain.**   [ ] [X]

Were any claims made during this reporting month against the debtor's bond? (Answer "No" if the debtor is not required to have a bond). **If yes, explain.**   [ ] [X]

**Question 5 - Significant Events.**
Provide a narrative report of any significant events that may have an effect on the financial condition of the debtor or any events out of the ordinary course of business that are not described elsewhere in this report. Attach separate sheets as necessary.

Case Number: 19-60138-pcm11
Report Mo/Yr: March 2019

Debtor: B. & J. Property Investments, Inc.

**UST-17, STATEMENT OF OPERATIONS (Continued)**

**Question 6 - Case Progress.** Explain what progress the debtor has made during the reporting month toward confirmation of a plan of reorganization.

|  | Filed? | Estimated Date To be Filed If not Filed |
|---|---|---|
| Disclosure Statement: | No | 5/17/2019 |
| Plan of Reorganization: | No | 5/17/2019 |

**WHERE TO FILE A MONTHLY OPERATING REPORT:** Local Bankruptcy Rule 2015-2 requires the debtor to file its monthly financial report with the U.S. Bankruptcy Court.

File the original....(select only one)

For a Chapter 11 case filed in Portland, OR:
United States Bankruptcy Court
1001 SW 5th Avenue, 7th floor
Portland, OR 97204

For a Chapter 11 case filed in Eugene, OR:
United States Bankruptcy Court
405 East 8th Avenue, Suite 2600
Eugene, OR 97401

**CERTIFICATION:** The undersigned certifies that copies of this report and supporting documents have been served upon each of the following persons in this case: U.S. Trustee; the chairperson of each official committee of creditors or equity security holders and the attorney(s) for each such committee; the debtor and the debtor's attorney; and the trustee and the trustee's attorney, if applicable.

BY: /s/ Timothy J. Conway    DATE: 4/22/2019
TITLE: Attorney for Debtor

Send U.S. Trustee's copy to: (select only one)

For a Chapter 11 case filed in Portland, OR:
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205

For a Chapter 11 case filed in Eugene, OR
Office of the United States Trustee
405 East 8th Avenue, Suite 1100
Eugene, OR 97401


P.O. Box 1800  
Saint Paul, Minnesota 55101-0800

3103   IMG   S   Y   ST01

Operations  
Audit 4/22/19  
[signature]



**Business Statement**  
Account Number: ███████8627  
Statement Period:  
Mar 1, 2019  
through  
Mar 31, 2019  

Page 1 of 7

000067570 01 SP    106481966581377 E  
ESTATE OF B & J PROPERTY INVESTMENTS IN  
DEBTOR IN POSSESSION  
BANKRUPTCY CASE # 19-60138-PCM11  
4490 SILVERTON RD NE  
SALEM OR 97305-2060

☎ **To Contact U.S. Bank**  
**24-Hour Business Solutions:** 1-800-673-3555

**U.S. Bank accepts Relay Calls**  
Internet: usbank.com

## SILVER BUSINESS CHECKING

U.S. Bank National Association

Member FDIC  
Account Number ████████8627

### Account Summary

| | # Items | $ | |
|---|---|---|---|
| Beginning Balance on Mar 1 | | | 5,262.49 |
| Customer Deposits | 27 | | 32,872.28 |
| Other Deposits | 20 | | 66,531.74 |
| Other Withdrawals | 9 | | 5,557.66- |
| Checks Paid | 20 | | 16,614.28- |
| Ending Balance on Mar 31, 2019 | | $ | 82,494.57 |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Mar 1 | 9256900112 | 545.25 | | Mar 15 | 9256117334 | 1,214.43 |
| | Mar 1 | 9256899816 | 1,433.97 | | Mar 18 | 8059349340 | 463.19 |
| | Mar 4 | 8059850876 | 3,138.39 | | Mar 19 | 8358419838 | 1,330.93 |
| | Mar 4 | 8059850881 | 3,651.72 | | Mar 20 | 8655759049 | 983.90 |
| | Mar 8 | 9256587006 | 157.75 | | Mar 21 | 8955304513 | 317.65 |
| | Mar 8 | 9256454995 | 963.87 | | Mar 21 | 8955322749 | 491.25 |
| | Mar 8 | 9256455004 | 1,653.94 | | Mar 22 | 9255941246 | 565.05 |
| | Mar 8 | 9256455000 | 1,673.53 | | Mar 25 | 8057162990 | 1,302.86 |
| | Mar 8 | 9256455009 | 2,167.98 | | Mar 25 | 8057162994 | 1,914.09 |
| | Mar 11 | 8057581966 | 413.10 | | Mar 26 | 8358013577 | 765.65 |
| | Mar 11 | 8057581961 | 1,102.55 | | Mar 27 | 8655618242 | 497.05 |
| | Mar 12 | 8358316477 | 2,759.66 | | Mar 28 | 8955197753 | 832.45 |
| | Mar 13 | 8655826471 | 777.59 | | Mar 29 | 9255930376 | 431.00 |
| | Mar 14 | 8955453574 | 1,323.48 | | | | |

**Total Customer Deposits**  $ 32,872.28

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 1 | Internet Banking Transfer | From Account ███████6953 | | 2,796.04 |
| Mar 1 | Internet Banking Transfer | From Account ███████8635 | | 3,157.39 |
| Mar 4 | Internet Banking Transfer | From Account ███████8635 | | 6,332.13 |
| Mar 4 | Internet Banking Transfer | From Account ███████8635 | | 9,374.46 |
| Mar 8 | Internet Banking Transfer | From Account ███████8635 | | 370.00 |
| Mar 8 | Internet Banking Transfer | From Account ███████8635 | | 3,934.42 |
| Mar 8 | Internet Banking Transfer | From Account ███████8635 | | 13,897.09 |
| Mar 14 | Electronic Deposit  REF=190730012245980N00 | From 5/3 BANKCARD SYS  1310281170NET SETLMT4445021837039 | | 752.34 |
| Mar 15 | Electronic Deposit  REF=190740129841300N00SD | From 5/3 BANKCARD SYS  1310281170NET SETLMT4445021837039 | | 1,229.74 |
| Mar 15 | Internet Banking Transfer | From Account 153605756961 | | 11,368.18 |
| Mar 18 | Electronic Deposit  REF=190770107469060N00 | From 5/3 BANKCARD SYS  1310281170NET SETLMT4445021837039 | | 622.14 |
| Mar 19 | Electronic Deposit  REF=190780103061350N00 | From 5/3 BANKCARD SYS  1310281170NET SETLMT4445021837039 | | 2,549.73 |



ESTATE OF B & J PROPERTY INVESTMENTS IN
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 19-60138-PCM11
4490 SILVERTON RD NE
SALEM OR 97305-2060

**Business Statement**

Account Number: ████████8627

Statement Period:
Mar 1, 2019
through
Mar 31, 2019

Page 2 of 7

## SILVER BUSINESS CHECKING
U.S. Bank National Association

(CONTINUED)
Account Number ████████-8627



### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 20 | Electronic Deposit REF=190790086016430N00 | From 5/3 BANKCARD SYS | 1310281170NET SETLMT4445021837039 | 2,480.08 |
| Mar 21 | Electronic Deposit REF=190800084749620N00 | From 5/3 BANKCARD SYS | 1310281170NET SETLMT4445021837039 | 891.23 |
| Mar 22 | Electronic Deposit REF=190810064616260N00 | From 5/3 BANKCARD SYS | 1310281170NET SETLMT4445021837039 | 1,053.05 |
| Mar 25 | Electronic Deposit REF=190840052559080N00 | From 5/3 BANKCARD SYS | 1310281170NET SETLMT4445021837039 | 1,363.33 |
| Mar 26 | Electronic Deposit REF=190850059970320N00 | From 5/3 BANKCARD SYS | 1310281170NET SETLMT4445021837039 | 1,505.54 |
| Mar 27 | Electronic Deposit REF=190860058363400N00 | From 5/3 BANKCARD SYS | 1310281170NET SETLMT4445021837039 | 1,526.85 |
| Mar 28 | Electronic Deposit REF=190870066596160N00 | From 5/3 BANKCARD SYS | 1310281170NET SETLMT4445021837039 | 435.80 |
| Mar 29 | Electronic Deposit REF=190880055695140N00 | From 5/3 BANKCARD SYS | 1310281170NET SETLMT4445021837039 | 892.20 |

**Total Other Deposits** $ 66,531.74

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 4 | Internet Banking Transfer | To Account ████6961 | | 34.38 |
| Mar 4 | Internet Banking Transfer | To Account ████6961 | | 42.48 |
| Mar 4 | Internet Banking Transfer | To Account ████7693 | | 43.15 |
| Mar 4 | Internet Banking Transfer | To Account ████6961 | | 362.31 |
| Mar 4 | Internet Banking Transfer | To Account ████6961 | | 441.04 |
| Mar 4 | Internet Banking Transfer | To Account ████7693 | | 1,099.81 |
| Mar 5 | Electronic Withdrawal REF=190630208141130N00 | To NW Natural | 5930256722GAS PMT 3783974 | 469.50 |
| Mar 5 | Electronic Withdrawal REF=190630189875700N00 | From PAYCHEX TPS | 1161124166TAXES 80847000001126X | 2,989.99 |
| Mar 8 | Electronic Withdrawal REF=190660092065700N00 | From PAYX-PIA-WC | 1161528391WC-PREMIUM0000032658627 | 75.00 |

**Total Other Withdrawals** $ 5,557.66-

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 2003 | Mar 5 | 8357676302 | 2,536.20 | 2013 | Mar 11 | 8055473195 | 809.53 |
| 2004 | Mar 5 | 8356212443 | 3,087.20 | 2014 | Mar 21 | 8952839645 | 112.13 |
| 2005 | Mar 7 | 8955699331 | 2,429.93 | 2016* | Mar 22 | 9253273462 | 106.85 |
| 2006 | Mar 7 | 8955699333 | 2,429.93 | 2018* | Mar 25 | 8057113171 | 229.20 |
| 2007 | Mar 7 | 8954874404 | 335.29 | 2019 | Mar 26 | 8355762442 | 1,651.37 |
| 2008 | Mar 13 | 8655826473 | 276.31 | 2020 | Mar 25 | 8059230491 | 443.03 |
| 2009 | Mar 8 | 9256587011 | 416.81 | 2021 | Mar 29 | 9254546741 | 10.00 |
| 2010 | Mar 8 | 9256587010 | 416.81 | 2022 | Mar 29 | 9254263739 | 10.00 |
| 2011 | Mar 11 | 8057581631 | 79.39 | 2025* | Mar 29 | 9254129642 | 1,000.00 |
| 2012 | Mar 8 | 9254131778 | 25.00 | | | | |

\* Gap in check sequence

**Conventional Checks Paid (19)** $ 16,404.98-

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 2015 | Mar 22 | | 209.30 | PAYMENTS | VERIZON FINANCIA |

**Electronic Checks Paid (1)** $ 209.30-



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3103   IMG     S     Y     ST01

Audit 4/1/19

**Business Statement**
Account Number:
7685
Statement Period:
Mar 1, 2019
through
Mar 31, 2019

Page 1 of 1

000069881 01 SP   106481965994154 E
ESTATE OF B & J PROPERTY INVESTMENTS IN
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 19-60138-PCM11
4490 SILVERTON RD NE
SALEM OR 97305-2060

**To Contact U.S. Bank**
24-Hour Business
Solutions:                        1-800-673-3555

**U.S. Bank accepts Relay Calls**
Internet:                         usbank.com

## SILVER BUSINESS CHECKING
U.S. Bank National Association

Member FDIC
Account Number   -7685

**Account Summary**

|  | # Items |  | |
|---|---|---|---|
| Beginning Balance on Mar 1 |  | $ | 77.51 |
| Other Deposits | 1 |  | 18,505.00 |
| **Ending Balance on Mar 31, 2019** |  | **$** | **18,582.51** |

**Other Deposits**

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| Mar 1 | Internet Banking Transfer  From Account  8635 |  |  | $ | 18,505.00 |
|  |  | Total Other Deposits |  | $ | 18,505.00 |

**Balance Summary**

| Date | Ending Balance |
|---|---|
| Mar 1 | 18,582.51 |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3103  IMG  S  Y  ST01

B & J Corp D/P
4/1/19

**Business Statement**
Account Number:
8635
Statement Period:
Mar 1, 2019
through
Mar 31, 2019

Page 1 of 2

000285025 01 SP   106481966209298 E
ESTATE OF  B & J PROPERTY INVESTMENTS IN
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 19-60138-PCM11
4490 SILVERTON RD NE
SALEM OR  97305-2060



**To Contact U.S. Bank**

24-Hour Business Solutions:   1-800-673-3555

U.S. Bank accepts Relay Calls
Internet:   usbank.com

Member FDIC
Account Number    8635

## SILVER BUSINESS CHECKING
U.S. Bank National Association

### Account Summary

| | # Items | | $ | |
|---|---|---|---|---|
| Beginning Balance on Mar 1 | | | | 125,719.11 |
| Other Deposits | 8 | | | 32,734.48 |
| Other Withdrawals | 9 | | | 70,689.10- |
| Ending Balance on Mar 31, 2019 | | $ | | 87,764.49 |

### Other Deposits

| Date | Description of Transaction | | Ref Number | $ | Amount |
|---|---|---|---|---|---|
| Mar 1 | Internet Banking Transfer | From Account 6953 | | | 1,865.00 |
| Mar 1 | Internet Banking Transfer | From Account 6953 | | | 2,140.00 |
| Mar 1 | Electronic Deposit | From 5/3 BANKCARD SYS | | | 3,157.39 |
| | REF=190600020954890N00 | 1310281170NET SETLMT4445021837039 | | | |
| Mar 4 | Electronic Deposit | From 5/3 BANKCARD SYS | | | 6,332.13 |
| | REF=190630126205220N00 | 1310281170NET SETLMT4445021837039 | | | |
| Mar 5 | Electronic Deposit | From 5/3 BANKCARD SYS | | | 13,897.09 |
| | REF=190640064658700N00 | 1310281170NET SETLMT4445021837039 | | | |
| Mar 6 | Electronic Deposit | From 5/3 BANKCARD SYS | | | 3,934.42 |
| | REF=190650054469680N00 | 1310281170NET SETLMT4445021837039 | | | |
| Mar 7 | Electronic Deposit | From RENTPAYMENT | | | 370.00 |
| | REF=190650135124520N00 | 1411955039REMITTANCE18304991:75 | | | |
| Mar 8 | Internet Banking Transfer | From Account 6961 | | | 1,038.45 |
| | | **Total Other Deposits** | | $ | 32,734.48 |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | $ | Amount |
|---|---|---|---|---|---|
| Mar 1 | Internet Banking Transfer | To Account 8627 | | | 3,157.39- |
| Mar 1 | Internet Banking Transfer | To Account 7685 | | | 18,505.00- |
| Mar 4 | Internet Banking Transfer | To Account 8627 | | | 6,332.13- |
| Mar 4 | Internet Banking Transfer | To Account 8627 | | | 9,374.46- |
| Mar 8 | Internet Banking Transfer | To Account 8627 | | | 370.00- |
| Mar 8 | Electronic Withdrawal | From RENTPAYMENT | | | 1,038.45- |
| | REF=190660112387670N00 | 3411955039FEES   1433440:155 | | | |
| Mar 8 | Internet Banking Transfer | To Account 8627 | | | 3,934.42- |
| Mar 8 | Internet Banking Transfer | To Account 8627 | | | 13,897.09- |
| Mar 20 | Electronic Withdrawal | From Columbia Credit | | | 14,080.16- |
| | REF=190780154181700N00 | 323383349 CK-WTH | | | |
| | | **Total Other Withdrawals** | | $ | 70,689.10- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Mar 1 | 111,219.11 | Mar 5 | 115,741.74 | Mar 7 | 120,046.16 |
| Mar 4 | 101,844.65 | Mar 6 | 119,676.16 | Mar 8 | 101,844.65 |

Case 19-60138-pcm11    Doc 164    Filed 04/22/19



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3103    IMG    S    Y    ST01

*Aud 4/1/19*

**Business Statement**
Account Number:
█████693
Statement Period:
Mar 1, 2019
through
Mar 31, 2019

Page 1 of 2



000087783 01 SP    106481966012056 E
ESTATE OF  B & J PROPERTY INVESTMENTS IN
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 19-60138-PCM11
4490 SILVERTON RD NE
SALEM OR  97305-2060

To Contact U.S. Bank

**24-Hour Business Solutions:**    1-800-673-3555

**U.S. Bank accepts Relay Calls**

Internet:    usbank.com

## SILVER BUSINESS CHECKING

U.S. Bank National Association

Member FDIC
Account Number █████7693

### Account Summary

|  | # Items |  | Amount |
|---|---|---|---|
| Beginning Balance on Mar 1 |  | $ | 2,243.94 |
| Other Deposits | 2 |  | 1,142.96 |
| Card Withdrawals | 14 |  | 947.27- |
| **Ending Balance on Mar 31, 2019** |  | **$** | **2,439.63** |

### Other Deposits

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Mar 4 | Internet Banking Transfer | From Account █████3627 |  | $ 43.15 |
| Mar 4 | Internet Banking Transfer | From Account █████3627 |  | 1,099.81 |
|  |  | **Total Other Deposits** |  | **$ 1,142.96** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-4721

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Mar 1 | Debit Purchase - VISA FRED MEYER FUEL ************4721 | On 022819 SALEM OR REF # 24445009059300518065345 | 9300518065 | $ 50.84 |
| Mar 1 | Debit Purchase - VISA CONS SUPPLY SALE ************4721 | On 022719 SALEM OR REF # 24632699059500572358681 | 9500572358 | 266.24 |
| Mar 6 | Debit Purchase - VISA FRED MEYER FUEL ************4721 | On 030419 SALEM OR REF # 24445009064300490522746 | 4300490522 | 41.51 |
| Mar 7 | Debit Purchase - VISA SMARTPARK 4TH YA ************4721 | On 030619 PORTLAND OR REF # 24717059065260652026180 | 5260652026 | 3.60 |
| Mar 8 | Debit Purchase - VISA G G AUTO CARE S ************4721 | On 030719 SALEM OR REF # 24755429066280669563105 | 6280669563 | 34.54 |
| Mar 26 | Debit Purchase - VISA FRED MEYER FUEL ************4721 | On 032519 SALEM OR REF # 24445009084300483190549 | 4300483190 | 50.39 |
|  |  | **Card 4721 Withdrawals Subtotal** | **$** | **447.12-** |

Card Number: xxxx-xxxx-xxxx-6148

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Mar 7 | Debit Purchase - VISA PAY*EASY STORAGE ************6148 | On 030619 888-958-5967 UT REF # 24445009065300495779167 | 5300495779 | $ 61.99 |
| Mar 7 | Debit Purchase - VISA PAY*EASY STORAGE ************6148 | On 030619 888-958-5967 UT REF # 24445009065300495779241 | 5300495779 | 62.98 |


ESTATE OF B & J PROPERTY INVESTMENTS IN
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 19-60138-PCM11
4490 SILVERTON RD NE
SALEM OR 97305-2060

**Business Statement**
Account Number:
7693

Statement Period:
Mar 1, 2019
through
Mar 31, 2019

Page 2 of 2



## SILVER BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association  Account Number  7693

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-6148

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 14 | Debit Purchase - VISA FRED MEYER FUEL ************6148 | On 031319 SALEM OR REF # 24445009072300480986257 | 2300480986 | 51.76- |
| | | Card 6148 Withdrawals Subtotal | $ | 176.73- |

Card Number: xxxx-xxxx-xxxx-6155

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 4 | Debit Purchase - VISA Amazon.com*MI6CI ************6155 | On 030219 Amzn.com/bil WA REF # 24692169061100415011568 | 1100415011 | $ 11.54- |
| Mar 4 | Debit Purchase - VISA ILLAHE HILLS COU ************6155 | On 030119 SALEM OR REF # 24330669062900017026831 | 2900017026 | 98.00- |
| Mar 5 | Debit Purchase - VISA AMZN Mktp US*MI6 ************6155 | On 030419 Amzn.com/bil WA REF # 24692169063100870620927 | 3100870620 | 11.71- |
| Mar 20 | Debit Purchase 095747 ************6155 | WAL-MART #1920 SALEM OR On 032019 MAESTERM REF 095747 | | 133.07- |
| Mar 29 | Debit Purchase - VISA STATE STREET ARC ************6155 | On 032819 SALEM OR REF # 24055239088837005817042 | 8837005817 | 69.10- |
| | | Card 6155 Withdrawals Subtotal | $ | 323.42- |
| | | **Total Card Withdrawals** | $ | 947.27- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Mar 1 | 1,926.86 | Mar 7 | 2,778.49 | Mar 20 | 2,559.12 |
| Mar 4 | 2,960.28 | Mar 8 | 2,743.95 | Mar 26 | 2,508.73 |
| Mar 5 | 2,948.57 | Mar 14 | 2,692.19 | Mar 29 | 2,439.63 |
| Mar 6 | 2,907.06 | | | | |

Balances only appear for days reflecting change.