DISTRICT OF OREGON
**F I L E D**
June 28, 2019
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

                    _____
                    PETER C. McKITTRICK
                    U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>WILLIAM J. BERMAN,<br><br>              Debtor. | Bankruptcy Case No. 19-60230-pcm11 |
| In re:<br><br>B. & J. PROPERTY INVESTMENTS, INC.,<br><br>              Debtor. | Bankruptcy Case No. 19-60138-pcm11<br><br>ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES |

This MATTER having come before the Court upon the Motion for Joint Administration of Chapter 11 Cases ("Motion") filed herein by the above-captioned Debtor ("Debtor"); it appearing that this Court has jurisdiction over the matter pursuant to 28 U.S.C. § 157(b)(2); this Court having determined that the relief requested is warranted and in the best interest of Debtor,

Page 1 of 5

{00226460:5}

ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

**Motschenbacher & Blattner LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60138-pcm11    Doc 176    Filed 06/28/19

their respective estates, their creditors and other parties in interest; it appearing that no further notice of the Motion is necessary under the particular circumstances, and that good and sufficient cause appears therefore; accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT

1. The following Chapter 11 cases be and hereby are procedurally consolidated and shall be jointly administered by the Court:

> *In re B. & J. Property Investments, Inc.,* Case No. 19-60138-pcm11
>
> *In re William J. Berman,* Case No. 19-60230-pcm11

2. All pleadings, orders and other papers (OTHER THAN PROOFS OF CLAIM, OBJECTIONS TO CLAIMS, SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND LISTS OF EQUITY SECURITY HOLDERS, IF APPLICABLE) shall be captioned as follows to reflect that the cases are jointly administered under the lead case, *In re B. & J. Property Investments, Inc. and William J. Berman:*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Bankruptcy Case Nos.: |
|---|---|
| B. & J. Property Investments, Inc. and William J. Berman, | 19-60138-pcm11 (Lead Case) |
| Debtors. | 19-60230-pcm11 |
| | Jointly Administered Under Case No. 19-60138-pcm11 |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Page 2 of 5    ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

{00226460:5}

**Motschenbacher & Blattner LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60138-pcm11    Doc 176    Filed 06/28/19

3. A docket entry shall be made in each of the above captioned cases substantially as follows:

> An order has been entered directing the joint administration of *In re B. & J. Property Investments, Inc.* (Lead Case No. 19-60138-pcm11) and *In re William J. Berman.* (Case No. 19-60230-pcm11) in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. All further pleadings and other papers in any of the cases (**OTHER THAN PROOFS OF CLAIM, OBJECTIONS TO CLAIMS, SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND LISTS OF EQUITY SECURITY HOLDERS, IF APPLICABLE**) shall be filed in, and all further docket entries shall be made in, Case No. 19-60138-pcm11. The docket in *In re B. & J. Property Investments, Inc.* should be consulted for all matters affecting these Chapter 11 proceedings.

4. The primary docket for the jointly administered cases shall be maintained under the case number assigned to *B. & J. Property Investments, Inc.* Except as specified in paragraphs 5 through 9 below, all pleadings, orders and other papers shall be filed under that case number using the caption reflected above;

5. Counsel for Debtors shall prepare and maintain one "Consolidated Service List" which reflects all primary parties in interest of all Debtors for routine service of pleadings, and shall prepare and maintain a separate "Master Service List" for each Debtor that further meets the requirements of any order the Court may enter in these cases regarding limitation of notice (the "Master Service List" is also known as the "Creditor Mailing List" or "Matrix" which is of record for each of the debtor's cases individually);

6. Debtors shall file separate Schedules of Assets and Liabilities, Statement of Financial Affairs, and Lists of Equity Security Holders, if applicable, in each case;

7. Notwithstanding the foregoing, all creditors must observe the following:

/ / / / /

/ / / / /

Page 3 of 5     ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES
{00226460:5}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60138-pcm11    Doc 176    Filed 06/28/19

**PROCEDURE FOR FILING PROOFS OF CLAIM**

**Proofs of claims or interests filed by creditors of any Debtor shall reflect only the cases name and case number of the Debtor to which the claim or interest relates and shall be filed in the case to which such claim or interest relates. Separate claims registers shall be maintained for each Debtor.**

8. The Debtors will file separate Financial Reports in the form(s) requested by the Unites States Trustee.

9. Counsel for Debtors shall provide Notice of the Order to all creditors and file a Certificate of Service with the Court.

10. The Joint Administration Order may be reconsidered by the Court at any time upon its Motion or that of any party in interest.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Page 4 of 5

{00226460:5}

ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

**Motschenbacher & Blattner LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60138-pcm11    Doc 176    Filed 06/28/19

11. IT IS FURTHER ORDERED that nothing in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of the above-captioned cases.

### 

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

| MOTSCHENBACHER & BLATTNER LLP | TONKON TORP LLP |
|---|---|
| By:/s/ Nicholas J. Henderson<br>  Nicholas J. Henderson, OSB #074027<br>  Of Attorneys for Debtor<br>  William J. Berman | By: /s/ Timothy J. Conway<br>  Timothy J. Conway, OSB #851752<br>  Of Attorneys for Debtor<br>  B. & J. Property Investments, Inc. |
| Dated: June 5, 2019 | Dated: June 5, 2019 |

Parties to Serve:

Electronic Notice: All CM/ECF Participants

Mail Service:

Hunter Emerick
Saalfeld Griggs PC

Stephen Joye
Fischer, Hayes, Joye & Allen, LLC

Susan Stoehr

Nancy Wolf

Page 5 of 5    ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

{00226460:5}

**Motschenbacher & Blattner LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60138-pcm11    Doc 176    Filed 06/28/19