Timothy J. Conway, OSB No. 851752 (Lead Attorney)
  Direct Dial: (503) 802-2027
  Facsimile:   (503) 972-3727
  Email:       tim.conway@tonkon.com
Ava L. Schoen, OSB No. 044072
  Direct Dial: (503) 802-2143
  Facsimile:   (503) 972-3843
  Email:       ava.schoen@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099

    Attorneys for Debtor B. & J. Property Investments, Inc.

Nicholas J. Henderson, OSB No. 074027
Email: nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile:  (503) 417-0528

    Of Attorneys for William J. Berman

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>B. & J. Property Investments, Inc.<br><br>　　　　　　　Debtor. | Case No. 19-60138-pcm11<br>**LEAD CASE**<br><br>Jointly Administered With<br>Case No. 19-60230-pcm11 |
| In re<br><br>William J. Berman,<br><br>　　　　　　　Debtor. | **MOTION TO DESIGNATE BALLOT** |

## I. INTRODUCTION

On December 4, 2019, B. & J. Property Investments, Inc.'s counsel received a ballot purporting to reject the Plan from a creditor listed as "All class action claimants (Marion

**Page 1 of 4** - MOTION TO DESIGNATE BALLOT

County Case #13C14321) who did not file a separate ballot" (the "Ballot"). The Ballot was signed by "Brady Metz, Attorney for Class Representatives in Case 13C4321." Pursuant to Sections 105(a)[1] and 1126(e)[2] of the Bankruptcy Code, the Ballot must be disqualified.

## II. THE COURT SHOULD DESIGNATE THE PURPORTED CLASS ACTION CLAIMANTS' BALLOT REJECTING THE PLAN

### A. No Class of Creditors has been Certified to Vote on Debtors' Plan

When a class is certified in a state court action, it is certified for purposes of that action only. ORCP 32. Class certification in state court does not create a class in federal court. *Id*.

In these bankruptcy cases, no class of creditors has been certified as a "class." Simply put, this self-described creditor group does not exist as a class in the bankruptcy case. It does not hold a class claim against Debtors and does not have a right to payment from Debtors. In turn, the Ballot does not constitute a valid class ballot.

The fact that a class was previously certified in the state court class action case is irrelevant for present purposes. The members and representatives of the previously certified class action case have no standing or right to collectively vote on the Plan in this bankruptcy case. Significantly, a class created to pursue a non-bankruptcy action (here, the Marion County class action case) does not remain a class for purposes of a subsequent bankruptcy case. *In re Ross*, 37 B.R. 656 (9th Cir. BAP 1984) (the creation of a class relates solely to a single common litigation event; all actions taken on behalf of the class must relate to that litigation and upon the conclusion thereof, the class ceases to exist). Because the purported

---

[1] "The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title. No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, *sua sponte*, taking any action or making any determination necessary or appropriate to … prevent an abuse of process." 11 U.S.C. § 105(a).

[2] On request of a party in interest, and after notice and a hearing, the court may designate any entity whose acceptance or rejection of such plan was not … in accordance with the provisions of this title. 11 U.S.C. § 1126(e).

Page 2 of 4 - MOTION TO DESIGNATE BALLOT

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-60138-pcm11    Doc 268    Filed 12/09/19

creditor class does not exist and no such group of creditors has been certified as a class in this Bankruptcy Case or authorized to vote on the Plan, the Ballot should be disregarded.

### B. NO COUNSEL HAS BEEN AUTHORIZED TO VOTE ON BEHALF OF A CLASS IN THE BANKRUPTCY CASE

As set forth above, the purported creditor class does not exist and no class was ever authorized to collectively vote on the Plan. Likewise, no counsel was ever authorized to act on behalf of this non-existent class. There is no evidence that the purported class members included in the Ballot ever authorized Brady Metz to file the Ballot on their behalf. While Section 1126 permits a creditor to vote for or against a plan, it does not allow an agent (including a lawyer) to file a ballot on behalf of the creditor(s) and then inform the creditor(s) of the ballot after the fact. *Reid v. White Motor Corp.*, 886 F.2d 1462 (6th Cir. 1989) ("It is well-settled that consent to being a member or the representative of a class in one piece of litigation is not tantamount to a blanket consent to any litigation the class counsel may wish to pursue.") That, however, is what appears to have occurred here. For this reason as well, the Ballot was not authorized as must be disregarded.

/ / /

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

### III. CONCLUSION

By filing the Ballot, the purported creditor group and its purported counsel have run afoul of the Bankruptcy Code. The purported counsel acted as class counsel although no such class has been authorized in this Court. Moreover, there is no showing that Mr. Mertz had any authority to act on behalf of creditors who chose not to vote. His authority as a class representative in the state court action does not extend to these bankruptcy cases where each creditor has their own individual judgement amounts and is entitled to vote, or not vote, their claims accordingly. The Ballot must be disqualified.

DATED this 9th day of December 2019.

TONKON TORP LLP

By */s/ Ava L. Schoen*
Timothy J. Conway, OSB No. 851752
Ava L. Schoen, OSB No. 044072
Attorneys for Debtor B. & J. Property
Investments, Inc.

**Page 4 of 4** - MOTION TO DESIGNATE BALLOT

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **MOTION TO DESIGNATE BALLOT** on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties by mailing copies thereof in sealed, first-class postage prepaid envelopes, addressed to the parties' last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED this 9th day of December 2019.

TONKON TORP LLP

By */s/ Ava L. Schoen*
Timothy J. Conway, OSB No. 851752
Ava L. Schoen, OSB No. 044072
Attorneys for Debtor B. & J. Property
Investments, Inc.

038533/00002/10609179v1

Page 1 of 1 - CERTIFICATE OF SERVICE

# LIST OF INTERESTED PARTIES

*In re B. & J. Property Investments, Inc.*
U.S. Bankruptcy Court Case No. 19-60138-pcm11

## ECF PARTICIPANTS

TIMOTHY J CONWAY on behalf of Debtor B. & J. Property Investments, Inc.
tim.conway@tonkon.com, candace.duncan@tonkon.com; spencer.fisher@tonkon.com

NICHOLAS J HENDERSON on behalf of Interested Party William Berman
nhenderson@portlaw.com, tsexton@portlaw.com; mperry@portlaw.com; hendersonnr86571@notify.bestcase.com

KEITH D KARNES on behalf of Creditor Committee Ad Hoc Group of Class Plaintiffs
kkarnes@keithkarnes.com, kkarnesnotices@gmail.com; patricia@keithkarnes.com; 9982680420@filings.docketbird.com;r51870@notify.bestcase.com

SHANNON R MARTINEZ on behalf of Creditor Saalfeld Griggs PC
smartinez@sglaw.com, scurtis@sglaw.com

ERICH M PAETSCH on behalf of Creditor Saalfeld Griggs PC
epaetsch@sglaw.com, ktate@sglaw.com

TERESA H PEARSON on behalf of Creditor Columbia Credit Union
teresa.pearson@millernash.com, MNGD-2823@millernash.com

AVA L SCHOEN on behalf of Debtor B. & J. Property Investments, Inc.
ava.schoen@tonkon.com, leslie.hurd@tonkon.com

TOBIAS TINGLEAF on behalf of Interested Party Better Business Management, Inc.
toby@shermlaw.com, darlene@shermlaw.com

US Trustee, Eugene
USTPRegion18.EG.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

**TOP 20 UNSECURED CREDITORS**

Class Action Plaintiffs
c/o Brady Mertz
Brady Mertz PC
345 Lincoln St.
Salem, OR 97302

Portland General Electric
POB 4438
Portland, OR 97208

Judson's Plumbing
POB12669
Salem, OR 97330

City of Salem
555 Liberty St. SE, Room 230
Salem, OR 97301

Comcast Business
POB 34744
Seattle, WA 98124-1744

Pacific Source
POB 7068
Springfield, OR 97475-0068

Pacific Sanitation
POB 17669
Salem, OR 97305

US Bank
POB 6352
Fargo, ND 58125-6352

Miller Paint
390 Lancaster Dr. NE
Salem, OR 97301

HotSuff Spas & Pool
1840 Lancaster Dr. NE
Salem, OR 97305

NW Natural Gas
POB 6017
Portland, OR 97228-6017

Chateau Locks
1820 47th Terrace East
Bradenton, FL 34203-3773

Century Link
Bankruptcy Dept.
600 New Century Parkway
New Century, KS 66031

Walter Nelson Company
1270 Commercial St. NE
Salem, OR 97301

Statesman Journal
340 Vista Ave. SE
Salem, OR 97302

Pacific Screening
POB 25582
Portland, OR 97298

DEX Media
Dex Media Attn: Client Care
1615 Bluff City Highway
Bristol, TN 37620

AllAmerican Insurance
POB 758554
Topeka, KS 66675-8554

US Bank
POB 6352
Fargo, ND 58125