| | | |
|---|---|---|
| 12/12/2019 | THURSDAY | Judge Peter C McKittrick |
| 9:30 AM 19-60138 pcm 11  bk | B. & J. Property Investments, Inc. | |

**Chapter 11 Confirmation Hearing**

B. & J. Property Investments, Inc. -  TIMOTHY J CONWAY

**Sign in sheet attached**

Evidentiary Hearing:    Yes: ☐    No: ☐

**The court heard testimony and took the matter under advisement.**

**The court to rule by telephone on 12/20/19 @ 3:00 PM.**

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers ☐

DOCKET ENTRY:

Run Date:    12/16/19

Case 19-60138-pcm11    Doc 274    Filed 12/12/19

In Re: B&J Investments

Debtor

Case # 19-60138

## List of Persons Attending

Hearing date 12/12/19

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Dora Berman | B&J Prop Invest - William Berman |
| William Berman | B&J Prop Inv. - William Berman |
| Nicholas Henderson | William Berman |
| Tim Conway | B&J Property Investments |
| Teresa Pearson | Columbia Credit Union |
| Gus Martin | Columbia Credit Union |
| Keith Karnes | Class TTS |
| Rick Klingbeil | Class TTs |
| Ashley Allport | Class TTS |
| phone — Beki Kamitsuka | UST |
| Brady Mertz | Hathaway, Hathaway, Noble |