| | | |
|---|---|---|
| 12/20/2019 | FRIDAY | Judge Peter C McKittrick |
| 3:00 PM 19-60138 pcm 11 bk | B. & J. Property Investments, Inc. | |
| | **Continued Hearing re: Oral Ruling re: Ch 11 Confirmation** | |
| | B. & J. Property Investments, Inc. - | TIM CONWAY |
| | Columbia Credit Union - cr | TERESA H PEARSON |
| | | **Keith Karnes - Claimants** |
| | | **William Berman - Nick Henderson** |

Evidentiary Hearing:  Yes: ☐  No: ☒

**Plan confirmed subject to condition outline by the court.**

**Motion to designate ballot is denied and is moot.**

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☒ **Mr. Conway**

DOCKET ENTRY:

Run Date: 12/23/19

Case 19-60138-pcm11    Doc 276    Filed 12/20/19