**KEITH D. KARNES**, OSB No. 033521
keith@rankkarneslaw.com
Rank & Karnes Law, P.C.
2701 12th St. NE
Salem, OR 97302
Tel: 503-385-8888
Fax: (503) 385-8899

**KEVIN J. RANK**, OSB No. 914034
kevin@rankkarneslaw.com
Rank & Karnes Law, P.C.
1265 Waller St SE
Salem OR 97302
Tel: 503-362-6068
Fax: 503-362-7095

**BRADY MERTZ,** OSB No. 970814
brady@bradymertz.com
Brady Mertz PC
345 Lincoln St SE
Salem OR 97302
Tel:
Fax: 503-375-2218

**RICK KLINGBEIL,** OSB No. 933326
rick@klingbeil-law.com
Rick Klingbeil PC
1826 NE Broadway
Portland OR 97232
Tel: 503-473-8565

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| IN RE:<br><br>B. & J. Property Investments, Inc.,<br><br>Debtor. | Case No. 19−60138-pcm11<br>**LEAD CASE**<br><br>Jointly Administered with<br>Case No. 19-60230-pcm11<br><br>NOTICE OF MOTION FOR CLASS CERTIFICATION OF HATHAWAY CLASS ACTION |

Page 1 - NOTICE OF MOTION FOR CLASS CERTIFICATION OF HATHAWAY CLASS ACTION

CREDITORS  Case 19-60138-pcm11    Doc 285    Filed 01/28/20

|  | CREDITORS |
|---|---|
| IN RE:<br><br>WILLIAM J. BERMAN,<br><br>             Debtor. | |

Plaintiffs / Class Representatives ("Class Representatives") propose to take the following action:

Class Representatives move for class certification on behalf of a proposed Class of 279 similarly situated judgment creditors listed in case number 19-60138-pcm11 at Docket 143 ("*Hathaway* Creditor Class"). Class certification is sought under Rule 7023 to allow the same 279 creditors from the *Hathaway* Class Action to proceed on a class-wide basis regarding all issues in this bankruptcy proceeding, including with regard to the *Nondischargeability Complaint* filed previously.

**YOU ARE NOTIFIED** that unless you file an objection to this notice no later than twenty-one (21) days after the service date, **and set forth the specific grounds for the objection** and your relation to the case, with the Clerk of the Court, 405 E 8th Ave Eugene, OR 97401 and the Debtors' attorney, Keith Karnes, 2701 12th Street SE, Salem, OR 97302, the Debtor will take the proposed action or apply for an order if required, without further notice or a hearing.

Dated January 28, 2020

                                             /s/ Keith D. Karnes
                                             Keith D. Karnes OSB # 033521
                                             Attorney for Ad Hoc Group

# CERTIFICATE OF SERVICE

I, Keith Karnes, certify that I served the forgoing document via ECF which will in turn serve:

TIMOTHY J CONWAY    tim.conway@tonkon.com, candace.duncan@tonkon.com;spencer.fisher@tonkon.com;leslie.hurd@tonkon.com
NICHOLAS J HENDERSON    nhenderson@portlaw.com, tsexton@portlaw.com;mperry@portlaw.com;hendersonnr86571@notify.bestcase.com
KEITH D KARNES    keith@rankkarneslaw.com, patricia@rankkarneslaw.com;9982680420@filings.docketbird.com;KarnesKR42869@notify.bestcase.com
SHANNON R MARTINEZ    smartinez@sglaw.com, scurtis@sglaw.com
ERICH M PAETSCH    epaetsch@sglaw.com, ktate@sglaw.com
TERESA H PEARSON    teresa.pearson@millernash.com, MNGD-2823@millernash.com
AVA L SCHOEN    ava.schoen@tonkon.com, leslie.hurd@tonkon.com
TROY SEXTON    tsexton@portlaw.com, nhenderson@portlaw.com,mperry@portlaw.com,troy-sexton-4772@ecf.pacerpro.com
TOBIAS TINGLEAF    toby@shermlaw.com, darlene@shermlaw.com
US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov

And I further served the following via first class mail, postage prepaid, addressed to:

Hunter Emerick
Saalfeld Griggs PC
250 Church St SE #200
Salem, OR 97301

Janet M Schroer
1000 SW Broadway #2000
Portland, OR 97205

Stephen Joye
Fischer, Hayes, Joye & Allen, LLC
3295 Triangle Dr #200
Salem, OR 97302

Susan Stoehr
24310 S Hwy 99E, Space G
Canby, OR 97013

Ronald C. Williams
11612 SE Division St #8
Portland, OR 97266

Nancy Wolf
2008 SE Sturdevant Rd
Toledo, OR 97391

Dated January 28, 2020.

/s/ Keith D. Karnes
Keith D. Karnes OSB # 033521

Page 3 - NOTICE OF MOTION FOR CLASS CERTIFICATION OF HATHAWAY CLASS ACTION CREDITORS    Case 19-60138-pcm11    Doc 285    Filed 01/28/20