Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>B & J PROPERTY INVESTMENTS, INC.,<br><br>   Debtor. | Bankruptcy Case<br>No. 19-60138-pcm11<br>**LEAD CASE**<br><br>Jointly Administered with<br>Case No. 19-60230-pcm11 |
| In re:<br><br>WILLIAM JOHN BERMAN,<br><br>   Debtor. | ORDER DENYING MOTION FOR CLASS<br>CERTIFICATION (DOC. 283) |

Plaintiffs/Class Representatives (Plaintiffs) in certain state court litigation have filed a motion for class certification pursuant to Fed. R. Bankr. P. 7023 to allow them "to proceed on a class-wide basis regarding all issues in this bankruptcy proceeding, including with regard to the Nondischargeability Complaint filed previously." Doc. 283, p. 2 (the Motion). Presumably, Plaintiffs are referring to Adversary Proceeding 19-6026-pcm (the Adversary Proceeding). The debtors in the

Page 1 – ORDER DENYING MOTION FOR CLASS CERTIFICATION (DOC. 283)

two above captioned cases (Debtors) oppose the Motion. See Docs. 289, 290.

The Court agrees with Debtors that the Motion should be denied because Plaintiffs failed to identify a specific contested matter for which they seek certification and there is no basis in the applicable Federal rules to certify a blanket class action for all purposes in a bankruptcy case.

Because Plaintiffs filed the Motion only in the main bankruptcy case, the Court expresses no opinion on the question of whether class certification would be appropriate in the Adversary Proceeding.

IT IS HEREBY ORDERED that the Motion is DENIED.

###

cc: Keith D. Karnes (via ECF)
    Nicholas J. Henderson (via ECF)
    Timothy J. Conway (via ECF)