**Timothy J. Conway**, OSB No. 851752
    Direct Dial: (503) 802-2027
    Facsimile: (503) 972-3727
    E-Mail: tim.conway@tonkon.com
**Ava L. Schoen**, OSB No. 044072
    Direct Dial: (503) 802-2143
    Facsimile: (503) 972-3843
    E-Mail: ava.schoen@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

    Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>B. & J. Property Investments, Inc.<br><br>    Debtor.<br><br>In re<br><br>William J. Berman,<br><br>    Debtor. | Case No. 19-60138-pcm11<br>**LEAD CASE**<br><br>Jointly Administered With<br>Case No. 19-60230-pcm11<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE** |

Debtor's counsel received returned mail from the U.S. Postal Service indicating an address change regarding the creditors listed below. 101C Change of Address for a Creditor forms have been filed with the Court. I hereby certify that I caused a copy of the NOTICE RE: ORDER CONFIRMING CHAPTER 11 PLAN, ANY APPROPRIATE INJUNCTION, AND DISCHARGE [ECF No. 292] by mailing copies thereof in a sealed, first-class postage prepaid envelope, addressed to each creditor at the address indicated below and depositing in the U.S. Mail at

**Page 1 of 2** - SUPPLEMENTAL CERTIFICATE OF SERVICE

Portland, Oregon on the date indicated below.

| | | |
|---|---|---|
| Joseph Drew<br>376 Waldo Ave SE #30<br>Salem, OR  97302 | Brandon Burton & Margaret Campbell<br>199 Pine St<br>Falls City, OR  97344-9600 | Cesar Sanchez<br>683 Shangrila Lane NE<br>Salem, OR  97303 |
| Debbi Weiler<br>PO Box 1243<br>Silverton, OR  97381 | James Harper<br>385 NE Grant St #14<br>Waldport, OR  97394 | Jim Hawkins<br>1036 Ring St NE<br>Keizer, OR  97303 |
| Kathy Loveless<br>1070 N Finley Lake Ave<br>Harrison, MI  48625-9591 | Kenneth & April Hayes Welch<br>603 S Fulton St<br>Clarksville, AR  72830 | Richard Garrison<br>PO Box 211<br>Nome, AK  99762-0211 |
| Rick & Adria Kassell<br>7252 Jenks Ln NE<br>Silverton, OR  97381 | Rochelle Coburn<br>PO Box 181<br>Lyons, OR  97538 | Scott & Janice Haviland<br>1860 Eola Dr NE<br>Salem, OR  97305 |
| Steve Lane<br>c/o Gina Urscher<br>4377 W Rickenbacker Way<br>Chandler, AZ  85226 | Terry Saltamachia<br>PO Box 20208<br>Keizer, OR  97302-0208 | Willis & Donna Johnson<br>PO Box 7364<br>Salem, OR  97303 |

DATED this 3rd day of March, 2020.

TONKON TORP LLP

By */s/ Timothy J. Conway*
   Timothy J. Conway, OSB No. 851752
   Ava L. Schoen, OSB No. 044072
   Attorneys for Debtor

038533/00002/10918654v1

**Page 2 of 2** - SUPPLEMENTAL CERTIFICATE OF SERVICE