Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) **19-60138-pcm11**
**B. & J. Property Investments, Inc.** ) Case No.  **19-60230-pcm11**
**William J. Berman** )
) ORDER AWARDING FINAL
) COMPENSATION AND REIMBURSEMENT
Debtor(s) ) TO PROFESSIONALS

This matter came before the court on the applications for final allowance of compensation and reimbursement of expenses filed by the professionals identified in this order.  The ATTACHED affidavit represents that a copy of the Notice of Order Confirming Chapter 11 Plan and Discharge on LBF #1190 was served on debtor, United States Trustee, creditors and other parties in interest and that any timely objection or request for hearing with respect to such applications has been resolved.  It is therefore

**ORDERED** as follows:

1. The following professionals are awarded the following amounts as administrative expenses under 11 USC §503(b) (which includes all previous interim allowances):

| Name | Fees | Expenses | Interim Payments/ Unapplied Retainers | Balance Due |
|---|---|---|---|---|
| **Tonkon Torp LLP** | $ 191,506.50 | $ 5,523.43 | $ 73,486.50 | $ 123,543.43 |
| **Saalfeld Griggs PC** | $ 9,518.00 | $ 0.00 | $ 1,664.00 | $ 7,854.00 |
| **Fischer, Hayes, Joye, & Allen, LLC** | $ 2,780.00 | $ 0.00 | $ 2,780.00 | $ 0.00 |
| **Motschenbacher & Blattner LLP** | $ 64,467.50 | $ 9,798.56 | $ 10,908.00 | $ 63,358.06 |
| **Columbia Credit Union** | $ 30,845.00 | $ 1.30 | $ 0.00 | $ 30,846.30 |

2. Each such professional is authorized to apply retainers, if any, against such professional's claim for compensation and expense reimbursement to the extent such professional's application is approved by this order. Debtor (or the successor to the debtor under the plan) shall, unless otherwise agreed in writing by the professional, promptly pay the unpaid balance of the administrative expenses awarded by this order; <u>provided</u> that with respect to the attorney for the debtor (or successor to the debtor under the plan), such attorney shall deposit $2,500.00 of such payment in a trust account, which shall not be applied towards the balance of such attorney's administrative expense until a final report on LBF #1195 has been filed, and either no timely objections were filed or all objections were fully resolved.

1193 (6/15/05) **Page 1 of 2**  *** SEE NEXT PAGE ***

3. Reorganized debtor (or the successor to the debtor under the plan) may, from time to time and without further court order, compensate the following professionals at their regular hourly rates up to the following additional amounts for services performed or for costs and expenses incurred after the administrative expenses detailed in pt. 1 above in connection with this Chapter 11 case or in connection with the implementation of the plan:

| Name | Fees & Expenses |
|---|---|
| **Tonkon Torp LLP** | **Unknown** |
| **Motschenbacher & Blattner LLP** | **Unknown** |
| **Fischer, Hayes, Joye, & Allen, LLC** | **Unknown** |
| **Saalfeld Griggs PC** | **Unknown** |

###

Presented by:

**/s/ Timothy J. Conway**　　　　　　　　　　**851752**
(OSB # )
**Tonkon Torp LLP, 888 SW 5th Ave., Ste. 1600**

**Portland, OR 97204**

Attorney for **Debtor B. & J. Property Investments, Inc.**

| | |
|---|---|
| 1 | Timothy J. Conway, OSB No. 851752 (Lead Attorney) |
| |    Direct Dial:  (503) 802-2027 |
| 2 |    Facsimile:   (503) 972-3727 |
| |    Email:       tim.conway@tonkon.com |
| 3 | Ava L. Schoen, OSB No. 044072 |
| |    Direct Dial:  (503) 802-2143 |
| 4 |    Facsimile:   (503) 972-3843 |
| |    Email:       ava.schoen@tonkon.com |
| 5 | TONKON TORP LLP |
| | 888 SW Fifth Avenue, Suite 1600 |
| 6 | Portland, OR 97204-2099 |
| 7 |      Attorneys for Debtor B. & J. Property Investments, Inc. |
| 8 | Nicholas J. Henderson, OSB No. 074027 |
| | Email:  nhenderson@portlaw.com |
| 9 | MOTSCHENBACHER & BLATTNER, LLP |
| | 117 SW Taylor Street, Suite 300 |
| 10 | Portland, OR 97204 |
| | Telephone:  (503) 417-0508 |
| 11 | Facsimile:   (503) 417-0528 |
| 12 |      Of Attorneys for William J. Berman |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 19-60138-pcm11 |
| B. & J. Property Investments, Inc. | **LEAD CASE** |
| Debtor. | Jointly Administered With Case No. 19-60230-pcm11 |
| In re | **DECLARATION OF NO OBJECTIONS TO FINAL FEE APPLICATIONS** |
| William J. Berman, | |
| Debtor. | |

I, Timothy J. Conway, declare as follows:

    1.    I am one of the attorneys for Debtor B. & J. Property Investments, Inc., and am duly authorized to make this declaration.

**Page 1 of 3** - DECLARATION OF NO OBJECTIONS TO FINAL FEE APPLICATIONS

2. Unless otherwise noted below, all ECF filing and proof of claim numbers refer to the Lead Case captioned above.

3. On February 6, 2020, Columbia Credit Union submitted its claim for postpetition preconfirmation secured creditor attorney fees for its counsel Miller Nash Graham & Dunn LLP [Claim 9] (the "Columbia Application").

4. On February 18, 2020, Tonkon Torp LLP submitted its Application for Final Professional Compensation [Claim 10] (the "Tonkon Torp Application").

5. On February 18, 2020, Fischer, Hayes, Joye & Allen, LLC submitted its Application for Final Accountant's Compensation [Claim 11 and Case No. 19-60230-pcm11 Claim 10] (the "Fischer Hayes Application").

6. On February 18, 2020, Saalfeld Griggs PC submitted its Application for Final Professional Compensation [Claim 12] (the "Saalfeld Griggs Application").

7. On February 19, 2020, Motschenbacher & Blattner LLP submitted its 1st Amended Application for Final Professional Compensation [Case No. 19-60230-pcm11 Claim 9] in the William J. Berman bankruptcy case (the "Motschenbacher & Blattner Application").

8. On February 20, 2020, Debtors filed a Notice re Order Confirming Chapter 11 Plan, Any Appropriate Injunction, and Discharge [ECF No. 292] (the "Notice") setting a 21-day response period for the Columbia Application, the Tonkon Torp Application the Fischer Hayes Application, the Saalfeld Griggs Application, and the Motschenbacher & Blattner Application (collectively, the "Applications")

9. The response period for interested parties to file a request for hearing in response to the Notice has expired. No such requests were filed and no objections have been filed to the Applications as listed on the Notice.

Page 2 of 3 - DECLARATION OF NO OBJECTIONS TO FINAL FEE APPLICATIONS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-60138-pcm11 Doc 330 Filed 03/31/20

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF OREGON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 17th of March, 2020.

TONKON TORP LLP

By */s/ Timothy J. Conway*
Timothy J. Conway, OSB No. 851752
Ava L. Schoen, OSB No. 044072
Attorneys for Debtor B. & J. Property
Investments, Inc.

038533/00002/10964775v1

Page 3 of 3 - DECLARATION OF NO OBJECTIONS TO FINAL FEE APPLICATIONS